UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11md2295 JAH(BGS)<br><br>Member cases:<br><br>   10cv2658 JAH(BGS)<br>   11cv1008 JAH(BGS)<br>   11cv3006 JAH(BGS)<br>   11cv3007 JAH(BGS)<br>   11cv3057 JAH(BGS)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR CASE MANAGEMENT CONFERENCE AND STAY OF DISCOVERY** [DOC. # 3] |

Defendant Portfolio Recovery Associates, LLC ("defendants") filed, on January 6, 2012, an *ex parte* application seeking a temporary stay of discovery and requested the Court schedule a case management conference in order to coordinate pretrial proceedings in this multi-district litigation action. *See* Doc. # 3. This Court agrees with defendant that a temporary stay of discovery should be implemented until a case management conference can be conducted. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's *ex parte* application for a case management conference and stay of discovery [doc. # 3] is **GRANTED**;

//

//

2. A case management conference will be conducted before this Court on **February 10, 2012 at 10:00 a.m. in Courtroom 11**;

3. All discovery is **STAYED** until further order of this Court; and

4. All hearing dates set for motions filed in member cases are **VACATED**, to be rescheduled, if deemed appropriate, at the case management conference. All applicable briefing schedules for motions currently pending in member cases are **STAYED.**

DATED:   January 13, 2012

_____
JOHN A. HOUSTON
United States District Judge