James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200 (telephone)
(312) 419-0379 (facsimile)
jlatturner@edcombs.com

Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Blvd., Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

Douglas J. Campion (75381)
LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
(619) 299-2091 (telephone)
(619) 858-0034 (facsimile)
doug@djcampion.com

*Attorneys for Nationwide Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 11-md-02295-JAH-BGS<br><br>Member cases:<br>3:10-cv-02658-JAH-BGS<br>3:11-cv-01008-JAH-BGS<br>3:11-cv-03006-JAH-BGS<br>3:11-cv-03007-JAH-BGS<br>3:11-cv-03057-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**PLAINTIFFS FRYDMAN, MARIN, JURY, MEYER, AND ALLEN'S *EX PARTE* APPLICATION FOR THE APPOINTMENT OF INTERIM LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL** |

# PLAINTIFFS FRYDMAN, MARIN, JURY, MEYER, AND ALLEN'S *EX PARTE* APPLICATION FOR THE APPOINTMENT OF INTERIM LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL

Plaintiffs Jeremy Frydman, Sam Marin, Jesse Meyer, Fred Jury, and Danny Allen ("Nationwide Plaintiffs") respectfully move the Court for an order appointing counsel for Jeremy Frydman (James O. Latturner of Edelman, Combs, Latturner & Goodwin, LLC), and counsel for Meyer (Ethan Mark Preston of Preston Law Offices) as interim co-lead counsel and counsel for Allen (Doug Campion) as *liaison* counsel to the Court.

Nationwide Plaintiffs assert that that the appointment of a leadership structure for class counsel is necessary to achieve the coordination and efficiency contemplated by the Judicial Panel for Multidistrict Litigation's Transfer Order (Dkt. No. 1). Nationwide Plaintiffs have submitted the Application in advance of the February 10, 2012 case management conference so that it can be discussed at the conference; Nationwide Plaintiffs contend that the most timely and efficient opportunity to appoint an interim leadership structure is at the case management conference.

The Application is based upon the accompanying Memorandum of Points and Authorities, the attached résumés, the complete file and records in this action, any oral argument and other evidence presented at the hearing on this matter, evidence of which the Court may or must take judicial notice, and any other evidence that the Court may wish to consider.

Dated: January 27, 2012     By:     s/ Douglas J. Campion
                                    Douglas J. Campion (75381)
                                    LAW OFFICES OF DOUGLAS J. CAMPION
                                    409 Camino Del Rio South, Suite 303
                                    San Diego, California 92108
                                    (619) 299-2091 (telephone)
                                    (619) 858-0034 (facsimile)
                                    doug@djcampion.com

                                    Abbas Kazerounian (249203)
                                    KAZEROUNIAN LAW GROUP
                                    2700 North Main Street, Suite 1000
                                    Santa Ana, California 92866
                                    (800) 400-6808 (telephone)
                                    (800) 520-5523 (facsimile)
                                    ak@kazlg.com

                                    Joshua Swigart (225557)
                                    HYDE & SWIGART

|   |   |   |   |
|---|---|---|---|
| 1 |  | 411 Camino Del Rio South, Suite 301 | |
| 2 |  | San Diego, California 92108 | |
|   |  | (619) 233-7770 (telephone) | |
| 3 |  | (619) 297-1022 (facsimile) | |
|   |  | josh@westcoastlitigation.com | |
| 4 |  | Email: _____ | |

*Attorneys for Plaintiff Danny Allen, Jr., on his own behalf, and behalf of all others similarly situated*

Dated: January 27, 2012        By:    s/ James O. Latturner
                                              Daniel A Edelman
                                              Cathleen M. Combs
                                              James O. Latturner
                                              Cassandra P. Miller
                                              EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
                                              120 South LaSalle Street, 18th Floor
                                              Chicago, Illinois 60603
                                              (312) 739-4200 (telephone)
                                              (312) 419-0379 (facsimile)
                                              dedelman@edcombs.com
                                              ccombs@edcombs.com
                                              jlatturner@edcombs.com
                                              cmiller@edcombs.com

                                              Keith James Keogh
                                              Ainat Natalie Margalit
                                              Craig M. Shapiro
                                              Keogh Law, Ltd.
                                              101 North Wacker Drive, Suite 605
                                              Chicago, Illinois 60606
                                              (312) 726-1092 (telephone)
                                              (312) 726-1093 (facsimile)
                                              Keith@Keoghlaw.com
                                              ainat.margalit@gmail.com
                                              cshapiro@keoghlaw.com

                                              Timothy J. Sostrin
                                              Legal Helpers, P.C.
                                              233 South Wacker Drive, Suite 5150
                                              Chicago, Illinois 60606
                                              (312) 753-7576 (telephone)
                                              (312) 822-1064 (facsimile)
                                              tjs@legalhelpers.com

*Attorneys for Plaintiffs Jeremy Frydman and Sam Marin, on their own behalf, and behalf of all others similarly situated*

Dated: January 27, 2012        By:    s/ David C. Parisi

David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Blvd., Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs Jesse Meyer and Fred Jury, on their own behalf, and behalf of all others similarly situated*