UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 11md2295 JAH(BGS) <br><br> Member cases: <br> 10cv2658 JAH(BGS) <br> 11cv1008 JAH(BGS) <br> 11cv3006 JAH(BGS) <br> 11cv3007 JAH(BGS) <br> 11cv3057 JAH(BGS) <br> 12cv0574 JAH(BGS) <br><br> **ORDER GRANTING *EX PARTE* APPLICATION FOR THE APPOINTMENT OF INTERIM LEADERSHIP STRUCTURE FOR PLAINTIFFS [DOC. # 6]** |
|---|---|

On February 10, 2012, a case management conference was held before this Court. After hearing from counsel, and good cause appearing, this Court determined that the *ex parte* application for appointment of interim leadership structure should be granted. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' *ex parte* application for the appointment of interim leadership structure for plaintiffs [doc. # 6] is **GRANTED**;

2. Ethan Mark Preston of the Preston Law Offices and James O. Latturner of Edelman, Combs, Latturner & Goodwin are appointed to act as Interim Co-Lead Class Counsel; and

//
//

3. Douglas J. Campion of the Law Offices of Douglas J. Campion is appointed as Liaison Counsel to the Court.

DATED: April 9, 2012

_____
JOHN A. HOUSTON
United States District Judge