UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-2295-JAH-BGS<br><br>**THIS DOCUMENT RELATES TO:**<br>3:11-cv-3007-JAH-BGS<br>3:11-cv-3006-JAH-BGS<br><br>**ORDER DENYING PLAINTIFF KIMBERLY BARTLETT'S AND PLAINTIFF KAREN HARVEY'S CONSOLIDATED EX PARTE MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)** |

On June 15, 2012, plaintiffs from the Bartlett and Harvey actions filed a consolidated ex parte motion to certify an order for interlocutory appeal under 28 U.S.C. § 1292(b). After considering the Ex Parte Motion, the Court is not of the opinion that its May 25, 2012 Order involves a controlling question of law as to which there is substantial ground for difference of opinion or that an immediate appeal from the Order would materially advance the ultimate termination of this litigation. 28 U.S.C. § 1292(b). The Ex Parte Motion is **DENIED.**

**SO ORDERED.**

Dated: June 15, 2012

JOHN A. HOUSTON
United States District Judge

11md2295