UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION, | Civil No.    11-md-2295-JAH (BGS)<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE** |

After conferring with counsel, the Court finds it appropriate to hold a Settlement Conference in the above-captioned putative consolidated class action. Accordingly, **IT IS HEREBY ORDERED**:

1. A Settlement Conference shall be conducted on **May 8, 2013**, at **9:30 a.m.** in the chambers of Magistrate Judge Bernard G. Skomal at 333 W. Broadway, Suite 1280, San Diego, CA. Counsel shall submit confidential settlement statements directly to chambers by courier or may e-mail statements to **efile_Skomal@casd.uscourts.gov** no later than **April 26, 2013**. Each party's settlement statement shall set forth the party's statement of the case, identify controlling legal issues, concisely set out issues of liability and damages, and shall set forth the party's settlement position, including the last offer or demand made by that party, and a separate statement of the offer or demand the party is prepared to make

at the settlement conference.  Settlement conference briefs shall not be filed with the Clerk of the Court, nor shall they be served on opposing counsel.

2. The principal attorneys responsible for the litigation must be present and legally and factually prepared to discuss and resolve the case at the Settlement Conference. This includes interim co-lead class counsel and Plaintiffs' liaison counsel to the Court. Defendant's party representative(s) with full and unlimited authority to negotiate and enter into a binding settlement are also to be present in person. Retained outside corporate counsel shall not appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. **Personal appearances of counsel for individual tag-along actions are not required nor expected to appear.**  Personal appearances of Plaintiffs is also not required.

Failure to attend the conference or obtain proper excuse will be considered grounds for sanctions.

Dated: March 26, 2013

**BERNARD G. SKOMAL**
United States Magistrate Judge