James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200 (telephone)
(312) 419-0379 (facsimile)
jlatturner@edcombs.com

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

Douglas J. Campion (75381)
LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
(619) 299-2091 (telephone)
(619) 858-0034 (facsimile)
doug@djcampion.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 11-md-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>THIS DOCUMENT RELATES TO:<br>    3:11-cv-03007-JAH-BGS<br>    3:11-cv-03006-JAH-BGS<br><br>**PLAINTIFFS FRYDMAN, MARIN, JURY, MEYER, AND ALLEN'S RESPONSE TO PLAINTIFFS BARTLETT AND HARVEY'S CONSOLIDATED MOTION FOR STANDING TO ACTIVELY PARTICIPATE IN SETTLEMENT CONFERENCE** |

Plaintiffs Jeremy Frydman, Sam Marin, Jesse Meyer, Fred Jury, and Danny Allen ("Nationwide Plaintiffs") hereby respectfully submit their response ("Response") to Plaintiffs Kimberly Bartlett and Karen Harvey's ("Carve-Out Plaintiffs") Consolidated Motion for Standing to Actively Participate in Settlement Conference Scheduled for May 8, 2013 Pursuant to the Order of Honorable Bernard G. Skomal ("Bartlett and Harvey motion"). (Dkt. No. 87).

Nationwide Plaintiffs, by lead counsel, do not object to the presence of Henry Turner at the settlement conference, but object to any attempt by Mr. Turner to establish subclasses.

There are no subclasses in this MDL proceeding. While Bartlett and Harvey have repeatedly attempted to have subclasses established, those efforts have been rejected three times, once by the MDL panel, and twice by Judge Houston. (Dkt. Nos. 18 and 35).

Bartlett and Harvey want a narrower class than the nationwide class, but they seek no additional relief for that class. The factors cited by Bartlett and Harvey (the residence the putative subclasses, and the age of the debt with respect to the statute of limitations) are not material because they have no bearing on either liability or relief. The restriction to those persons who phone numbers have been skip-traced is not material because it is subsumed in the Nationwide Class definition – the class definition in the Amended Consolidated Complaint specifically includes in the class all persons for whom that defendants:

> fail to produce records (or other evidence) that such person provided such cellular telephone number to Defendants or the original creditor (including, for example, where the number was obtained through skip tracing or captured by the Defendants' equipment from an inbound call).

There is no reason to differentiate skip traced persons from those whose number was obtained by capture from an inbound call or obtained by any other means. Because Bartlett and Harvey have failed to show how these distinctions have any legal significance to the TCPA claims at issue, the subclasses they have proposed are not appropriate. *Cf. Clark Equipment Co. v. Int'l Union, Allied Indus. Workers of America, AFL-CIO*, 803 F.2d 878, 880 (6th Cir. 1986) (subclassing is "appropriate only when the court believes it will materially improve the litigation" because it "often leads to more complex and protracted litigation," citing Mendoza v. United States, 623 F.2d 1338 (9th Cir. 1980)); *White v. Experian Info. Solutions, Inc.*, 803 F. Supp. 2d 1086, 1109

1  (C.D. Cal. 2011) ("not every distinction among groups of class members gives rise the existence
2  of a subclass"; quoting *Shaffer v. Continental Cas. Co.*, 362 Fed. Appx. 627, 630-31 (9th Cir.
3  2010) for proposition that "'the fact that it is possible to draw a line between categories of class
4  members' does not necessarily mean that subclasses exist for the purposes of an *Amchem*
5  analysis")).

6  Lead counsel has been designated by the Court to represent all purported class members
7  at this stage of the proceedings. After reflection, lead counsel do not object to Mr. Henry's
8  attendance at the settlement conference, but we do object to his active participation in the
9  conference if Mr. Henry intends to use the settlement conference as a platform to renew his quest
10 to establish subclasses. Lead counsel seek to obtain a settlement for the entire class, but
11 recognize that the negotiations will be difficult and lengthy under any circumstances. Any
12 amount of time spent discussing previously rejected subclasses will be counterproductive.

Dated: April 11, 2013          By:    s/James O. Latturner
                                            James O. Latturner
                                            EDELMAN, COMBS, LATTURNER &
                                            GOODWIN, LLC
                                            120 South LaSalle Street, 18th Floor
                                            Chicago, Illinois 60603
                                            (312) 739-4200 (telephone)
                                            (312) 419-0379 (facsimile)
                                            dedelman@edcombs.com
                                            ccombs@edcombs.com
                                            jlatturner@edcombs.com
                                            fgreene@edcombs.com

                                            Ethan Preston (263295)
                                            PRESTON LAW OFFICES
                                            8245 North 85th Way
                                            Scottsdale, Arizona 85258
                                            (480) 269-9540 (telephone)
                                            (866) 509-1197 (facsimile)
                                            ep@eplaw.us

                                            Douglas J. Campion (75381)
                                            LAW OFFICES OF DOUGLAS J. CAMPION
                                            409 Camino Del Rio South, Suite 303
                                            San Diego, California 92108
                                            (619) 299-2091 (telephone)
                                            (619) 858-0034 (facsimile)
                                            doug@djcampion.com

                                            *Co-Lead Counsel and Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that I served the foregoing document and this Certificate of Service upon the parties listed below by causing the foregoing document to be transmitted to the Electronic Filing System in the manner prescribed by the Court's Administrative Policies and Procedures Manual on the date below:

Christopher William Madel
Barry M. Landy
Denise S. Rahne
Jennifer M. Robbins
Nicole S Frank
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500 (telephone)
(612) 339-4181 (facsimile)
cwmadel@rkmc.com
bmlandy@rkmc.com
dsrahne@rkmc.com
jmrobbins@rkmc.com
nsfrank@rkmc.com

Julia Veronica Lee
Robins Miller Kaplan & Ciresi LLP
2049 Century Park East, Suite 3400
Los Angeles, California 90067
(310) 552-0130 (telephone)
(310) 229-5800 (facsimile)
jvlee@rkmc.com

Lawrence A. Farese
Robins, Kaplan, Miller & Ciresi, LLP
711 5th Ave S, Suite 201
Naples, Florida 34102
(239) 213-1973 (telephone)
(239) 213-1970 (facsimile)
lafarese@rkmc.com

Lisa Lorraine Heller
Robins Kaplan Miller & Ciresi LLP
One Atlantic Center
1201 West Peachtree Street, Suite 2200
Atlanta, GA 30309-3453
(404) 760-4300 (telephone)
(404) 233-1267 (facsimile)
llheller@rkmc.com

Henry A. Turner
Turner Law Offices, LLC
403 W Ponce de Leon Avenue, Suite 207
Decatur, Georgia 30030
(404) 261-7787 (telephone)
(404) 377-1053 (facsimile)
hturner@tloffices.com

Samuel M. Hill
The Law Offices of Sam Hill, LLC
265 Riverchase Parkway East, Suite 202
Hoover, Alabama 35244
205-250-7776 (telephone)
sam@samhilllawofcs.com

*Attorneys for Plaintiff Kimberly Bartlett, on her own behalf, and behalf of all others similarly situated*

Henry A. Turner
Turner Law Offices, LLC
403 W Ponce de Leon Avenue, Suite 207
Decatur, Georgia 30030
(404) 261-7787 (telephone)
(404) 377-1053 (facsimile)
hturner@tloffices.com

Mauricio Arcadier
Arcadier & Associates, PA,
2815 West New Haven Avenue, Suite 304
West Melbourne, Florida 32904
(321) 953-5998 (telephone)
(321) 953-6075 (facsimile)
office@wamalaw.com

*Attorneys for Plaintiff Karen Harvey, on her own behalf, and behalf of all others similarly situated*

Ethan Preston (263295)
PRESTON LAW OFFICES
8245 North 85th Way
Scottsdale, Arizona 85258
(480) 269-9540 (telephone)

Certificate of Service                                               No. 11-md-02295-JAH-BGS

| | |
|---|---|
| Barbara Fernandez<br>David Palmer Hartnett<br>Hinshaw & Culbertson LLP<br>9155 S Dadeland Boulevard<br>Suite 1600<br>Miami, FL 33156-2741<br>305-358-7747<br>Fax: 305-577-1063<br>bfernandez@hinshawlaw.com<br><br>Nathan L. Horton<br>Portfolio Recovery Associates, LLC<br>P O Box 41113<br>Nashville, TN 37204<br>(888) 772-7326 x. 18396<br>Fax: (757) 518-0860<br>nhorton@portfoliorecovery.com<br><br>*Attorneys for Defendant Portfolio Recovery Associates, LLC*<br><br>Alexander S. Vesselinovitch<br>Emily J Prentice<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661<br>(312) 902-5200 (telephone)<br>avesselinovitch@kattenlaw.com<br>emily.prentice@kattenlaw.com<br><br>Robert E. Sickles<br>Hinshaw & Culbertson, LLP<br>100 South Ashley Drive, Suite 500<br>Tampa, Florida 33602<br>(813) 868-8838 (telephone)<br>(813) 276-1956 (facsimile)<br>rsickles@hinshawlaw.com<br><br>*Attorneys for Defendant Portfolio Recovery Associates, LLC*<br><br>Douglas J. Campion (75381)<br>LAW OFFICES OF DOUGLAS J. CAMPION<br>409 Camino Del Rio South, Suite 303<br>San Diego, California 92108<br>(619) 299-2091 (telephone)<br>(619) 858-0034 (facsimile)<br>doug@djcampion.com<br><br>Abbas Kazerounian<br>Kazerounian Law Group<br>2700 North Main Street, Suite 1000 | (866) 509-1197 (facsimile)<br>ep@eplaw.us<br><br>David C. Parisi<br>Suzanne Havens Beckman<br>Azita Moradmand<br>Parisi & Havens LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, California 91403<br>(818) 990-1299 (telephone)<br>(818) 501-7852 (facsimile)<br>dparisi@parisihavens.com<br>amoradmand@parisihavens.com<br>shavens@parisihavens.com<br><br>*Attorneys for Plaintiff Jesse Meyer, on his own behalf, and behalf of all others similarly situated*<br><br>Daniel A Edelman<br>Cathleen M. Combs<br>James O. Latturner<br>Francis R. Greene<br>Edelman, Combs, Latturner & Goodwin, LLC<br>120 South LaSalle Street, 18th Floor<br>Chicago, Illinois 60603<br>(312) 739-4200 (telephone)<br>(312) 419-0379 (facsimile)<br>dedelman@edcombs.com<br>ccombs@edcombs.com<br>jlatturner@edcombs.com<br>fgreene@edcombs.com<br><br>Keith James Keogh<br>Craig M. Shapiro<br>Timothy J. Sostrin<br>Keogh Law, Ltd.<br>101 North Wacker Drive, Suite 605<br>Chicago, Illinois 60606<br>(312) 726-1092 (telephone)<br>(312) 726-1093 (facsimile)<br>Keith@Keoghlaw.com<br>cshapiro@keoghlaw.com<br>tsostrin@keoghlaw.com<br><br>*Attorneys for Plaintiffs Jeremy Frydman and Sam Marin, on their own behalf, and behalf of all others similarly situated*<br><br>Paul K. Guibao<br>Weisberg & Meyers, LLC<br>1448 Madison Avenue<br>Memphis, TN 38104<br>(602) 445-9819<br>pguibao@attorneysforconsumers.com | 

| | | |
|---|---|---|
| Certificate of Service | 2 | No. 11-md-02295-JAH-BGS |

| | |
|---|---|
| Santa Ana, California 92866<br>(800) 400-6808 (telephone)<br>(800) 520-5523 (facsimile)<br>ak@kazlg.com<br><br>Joshua Swigart<br>Hyde & Swigart<br>411 Camino Del Rio South, Suite 301<br>San Diego, California 92108<br>(619) 233-7770 (telephone)<br>(619) 297-1022 (facsimile)<br>josh@westcoastlitigation.com<br><br>*Attorneys for Plaintiff Danny Allen, Jr., on his own behalf, and behalf of all others similarly situated* | *Attorney for Plaintiffs Kenneth McCormick and Janet McCormick*<br><br>Scott David Owens<br>664 E. Hallandale Beach Blvd.<br>Hallandale, FL 33009<br>954-589-0588<br>Fax: 954-337-0666<br>scott@scottdowens.com<br><br>*Attorney for Plaintiffs Christine Suarez and Carlos Suarez* |

Dated: April 11, 2012          By:    s/ James O. Latturner
                                      James O. Latturner
                                      EDELMAN, COMBS, LATTURNER &
                                      GOODWIN, LLC
                                      120 South LaSalle Street, 18th Floor
                                      Chicago, Illinois 60603
                                      (312) 739-4200 (telephone)
                                      (312) 419-0379 (facsimile)
                                      dedelman@edcombs.com
                                      ccombs@edcombs.com
                                      jlatturner@edcombs.com
                                      fgreene@edcombs.com