UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Civil No. | 11-md-2295-JAH (BGS) **ORDER REGARDING LIMITED INFORMAL DISCOVERY AND PROPOSED SETTLEMENT CONFERENCE DATES** |
|---|---|---|

On May 8, 2013, the Court held a telephonic settlement conference with Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel. After conferring with counsel, the Court finds it appropriate to allow the parties to take informal discovery prior to holding another settlement conference. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel shall exchange informal discovery regarding the topics discussed at the May 8, 2013, settlement conference. Such informal discovery will be for settlement purposes only, and will be inadmissible as governed by Federal Rule of Evidence 408.

2. Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel shall file a Joint Motion with the Court no later than **May 22, 2013**.

///

1  The Joint Motion shall include:

2       a.    the current status of the exchange of informal discovery;

3       b.    a proposed schedule for the exchange of the remaining informal discovery; and

5       c.    proposed dates for a future in-person, attorneys-only settlement conference with Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel.

Dated: May 8, 2013

**BERNARD G. SKOMAL**
United States Magistrate Judge