UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Civil No.  11-md-2295-JAH (BGS)<br><br>**ORDER REGARDING LODGING OF SETTLEMENT STATUS REPORT** |

On May 8, 2013, the Court ordered certain parties to file a Joint Motion regarding the status of informal discovery and settlement discussions. (Doc. No. 103.) The Court has found it in the best interests of the parties to lodge their status report with the Court rather than file a joint motion. Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel should not file a Joint Motion, but should lodge a Joint Settlement Status Report containing the information outlined in the order of May 8, 2013 (Doc. No. 103) by e-mailing it to the Court at **efile_Skomal@casd.uscourts.gov**. The remainder of the May 8, 2013 Order remains in effect.

Dated: May 22, 2013

**BERNARD G. SKOMAL**
United States Magistrate Judge

- 1 -    11-md-2295