UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Civil No.    11-md-2295-JAH (BGS)<br><br>**ORDER SCHEDULING MANDATORY SETTLE-MENT CONFERENCE** |

    Per this Court's December 12, 2013, Order, the parties filed with the Court their confidential joint statement regarding class size on January 8, 2014, in anticipation of the January 22, 2014 Mandatory Settlement Conference. (Doc. No. 118.) After reviewing the parties' joint statement, the Court agrees that additional time is necessary to resolve outstanding issues regarding class size. Accordingly, the Court hereby orders as follows:

    1. The Mandatory Settlement Conference currently scheduled for January 22, 2014 is hereby VACATED.

    2. Plaintiff's Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel are ordered to be present for an in-person, attorneys-only settlement conference at **9:30 a.m.** on **March 5, 2014**. Plaintiffs' Interim Co-Class Counsel, Plaintiffs' Liaison Counsel, and Defendants' Counsel shall also submit a single confidential joint statement directly to chambers by courier or may e-mail statements to **efile_Skomal@casd.uscourts.gov** no later than **February 19, 2014.** The joint statement

shall be no longer than 5 pages and shall update the Court regarding: (1) what additional informal discovery has taken place since the parties filed their joint statement on January 8, 2014; and (2) the results of said informal discovery as it pertains to class size. The joint statement shall not be filed with the Clerk of the Court. **Personal appearances of counsel for individual actions are not required nor expected to appear, and counsel for individual actions are not required nor expected to provide settlement statements.**

Dated: January 10, 2014

**BERNARD G. SKOMAL**
United States Magistrate Judge