ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  310-552-0130
Facsimile:  310-229-5800

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile:  612-339-4181

*Attorneys for Defendants Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, Inc., and Neal Stern*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>THIS DOCUMENT RELATES TO:<br>  All Member Cases<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY OR DISMISS ACTION ON PRIMARY JURISDICTION GROUNDS**<br><br>Date:      March 3, 2014<br>Time:      2:30 PM<br>Location:  Courtroom 11, Second Floor<br>           Edward J. Schwartz Courthouse<br>           940 Front Street<br>           San Diego, California 92101<br><br>[Memorandum of Points and Authorities filed concurrently herewith] |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 3, 2014, at 2:30 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable John A. Houston of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101-8900, Defendants Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, Inc., and Neal Stern (collectively, "PRA") will and hereby do move the Court for an Order Staying or Dismissing this action based on the doctrine of primary jurisdiction.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities filed concurrently herewith, any and all supporting documents attached thereto, and upon argument as may be presented at or before the time of the hearing on this motion.

January 23, 2014     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   *s/Jennifer M. Robbins*

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone:   612-349-8500
Facsimile:   612-339-4181

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

*Attorneys for Defendants Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, Inc., and Neal Stern*

84495437.1