ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  310-552-0130
Facsimile:  310-229-5800

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Barry M. Landy, MN Reg. No. 391307
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone:  612-349-8500
Facsimile:  612-339-4181

*Attorneys for Defendants Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, Inc., and Neal Stern*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>THIS DOCUMENT RELATES TO:<br>   All Member Cases<br><br>**NOTICE OF WITHDRAWAL OF BARRY M. LANDY AS COUNSEL** |

Defendant Portfolio Recovery Associates, LLC gives notice that Barry M. Landy is withdrawing from representing Portfolio Recovery Associates, LLC in this matter. Christopher W. Madel and Jennifer M. Robbins will continue to represent Portfolio Recovery Associates, LLC in this matter.

| | |
|---|---|
| June 11, 2014 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: *s/ Barry M. Landy* |

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Barry M. Landy, MN Reg. No. 391307
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorneys for Defendants Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, Inc., and Neal Stern*

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that I served the attached **NOTICE OF WITHDRAWAL OF BARRY M. LANDY AS COUNSEL** in the foregoing case upon the parties listed below by causing the foregoing document to be transmitted to the Electronic Filing System in the manner prescribed by the Court's Administrative Policies and procedures Manual and this Certificate of Service on the date below.  I am a resident of the State of Minnesota, over the age of eighteen years, and not a party to the within action.  My business address is Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015.

| | |
|---|---|
| **Douglas J. Campion** | doug@djcampion.com |
| **Daniel A. Edelman** | dedelman@edcombs.com, courtecl@edcombs.com |
| **James O. Latturner** | jlatturner@edcombs.com, courtecl@edcombs.com |
| **Joshua Swigart** | josh@westcoastlitigation.com, ecf@westcoastlitigation.com |
| **David M. Schultz** | dschultz@hinshawlaw.com, courtfiling@hinshawlaw.com, izielinski@hinshawlaw.com, jweller@hinshawlaw.com |
| **Brian Lewis Bromberg** | brian@bromberglawoffice.com, brian.bromberg@gmail.com, mike@bromberglawoffice.com |
| **Abbas Kazerounian** | ak@kazlg.com, abbas.kazerooni@gmail.com |
| **Ethan Mark Preston** | ep@eplaw.us |
| **David C. Parisi** | dparisi@parisihavens.com, dcparisi@msn.com |
| **Suzanne Havens Beckman** | shavens@parisihavens.com |
| **Francis Richard Greene** | fgreene@edcombs.com, courtecl@edcombs.com |
| **Timothy J. Sostrin** | TSostrin@keoghlaw.com |
| **Amy L. Bennecoff** | abennecoff@creditlaw.com, teamkimmel@creditlaw.com |
| **Cathleen M. Combs** | ccombs@edcombs.com |
| **Cassandra P. Miller** | cmiller@edcombs.com |
| **Maricio Arcadier** | office@wamalaw.com, arcadier@wamalaw.com |
| **Henry A. Turner** | hturner@tloffices.com, awallace@tloffices.com |
| **Robert E. Sickles** | rsickles@hinshawlaw.com |
| **Samuel M. Hill** | sam@samhilllaw.com, pamg@samhilllaw.com |

| | | |
|---|---|---|
| 1 | Alexander S. Vesselinovitch | avesselinovitch@kattenlaw.com |
| 2 | Emily J. Prentice | Emily.prentice@kattenlaw.com |
| | Keith James Keogh | keith@keoghlaw.com, mseckel@keoghlaw.com |
| 3 | Ainat Natalie Margalit | Ainat.margalit@gmail.com |
| 4 | Craig M. Shapiro | cshapiro@keoghlaw.com |
| 5 | Scott David Owens | scott@scottdowens.com, don@scottdowens.com, Monique@scottdowens.com, sasha@scottdowens.com, Shannon@scottdowens.com |
| 6 | | |
| 7 | | |
| 8 | Barbara Fernandez | bfernandez@hinshawlaw.com |
| | David Palmer Hartnett | dhartnett@hinshawlaw.com |
| 9 | Paul K. Guibao | pguibao@attorneysforconsumers.com, ecf@attorneysforconsumers.com, pguibao@gmail.com |
| 10 | | |
| 11 | Timothy Condon | Tim@timcondon.net |
| | Tearsa Storms Olson | tolson@attorneysforconsumers.com |
| 12 | Deirdre O. Dexter | dexter@barrowgrimm.com |
| 13 | Sergei Lemberg | slemberg@lemberglaw.com |
| | Holly Elizabeth Dowd | hollyedowd@yahoo.com |
| 14 | James Patrick Galvin | james@twbglaw.com |
| | Caren D. Enloe | cenloe@mmmlaw.com |
| 15 | Russell Snow Thompson, IV | rthompson@attorneysforconsumers.com |
| 16 | Marshall S. Meyers | ECF@attorneysforconsumers.com, mmeyers@attorneysforconsumers.com |
| 17 | Rex C. Anderson | mied@rexandersonpc.com |
| | Avanti Deepak Bakane | abakane@hinshawlaw.com |
| 18 | Gus M. Centrone | gcentrone@lashandwilcox.com |
| | Thomas Lash | tlash@lashandwilcox.com |
| 19 | Bret Leon Lusskin, Jr. | blusskin@lusskinlaw.com |
| | Hyung Sik Choi | hyung@choiandfabian.com |
| 20 | Veronika Fabian | veronica@choiandfabian.com |
| 21 | Victoria Lea Orze | vorze@dickinsonwright.com |
| | Tara Leigh Goodwin | tgoodwin@edcombs.com |
| 22 | Mark L. Vavreck | mvavreck@mgvlawfirm.com |
| | Donald S. Litman | PA_Law2@yahoo.com |
| 23 | David P. Mitchell | DMitchell@ForThePeople.com |
| 24 | Michael Lewis Greenwald | mgreenwald@mgjdlaw.com |
| | James Lee Davidson | jdavidson@mgjdlaw.com |
| 25 | William John Gadd | wjg@mazgadd.com |
| | Brian J. Headley | bjheadley@yahoo.com |
| 26 | Chad Vinson Echols | Chad.echols@theecholsfirm.com |
| 27 | David Andrew Maxfield | dave@consumerlawsc.com |
| | Max Story | max@maxstorylaw.com |
| 28 | Penny Hayes Cauley | Phc917@hayscauley.com |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

| Robert W. Murphy | rphyu@aol.com |

I further certify that I caused the above document to be served via U.S. Mail, postage prepaid, upon the following individuals:

Jeffrey J. Morales
6173 Nightingale Street
Dearborn Heights, MI 48127

Lee Arthur Momient
P.O. Box 608082
Chicago, IL 60660

Darren Neese
3017 Wild Pepper Ave.
Deltona, Fl 3725

June 11, 2014　　　　　　**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _s/ Barry M. Landy_

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Barry M. Landy, MN Reg. No. 391307
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorneys for Defendants Portfolio Recovery Associates, LLC, Portfolio Recovery Associates, Inc., and Neal Stern*

84859595.1