1  Edward D. Lodgen, Bar No. 155168
   Julia V. Lee, Bar No. 252417
2  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2049 Century Park East, Suite 3400
3  Los Angeles, CA 90067-3208
   Telephone:  310-552-0130
4  Facsimile:  310-229-5800

5  Christopher W. Madel, MN Reg. No. 230297
   Jennifer M. Robbins, MN Reg. No. 387745
6  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   800 LaSalle Avenue
7  2800 LaSalle Plaza
   Minneapolis, MN 55402-2015
8  Telephone:  612-349-8500
   Facsimile:  612-339-4181

10 *Attorneys for Defendant Portfolio Recovery Associates, LLC*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JODY FIRNENO,<br>        Plaintiff,<br>vs.<br>CREDIT COLLECTION SERVICES, INC., et al.,<br>        Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No. 3:14-cv-1401-JAH(BGS) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the member case *Jody Firneno v. Credit Collection Services, Inc., et al.*, 3:14-cv-1401-JAH-BGS ("the *Firneno* action"), namely Plaintiff Jody Firneno and Defendant Portfolio Recovery Associates, LLC, through their respective counsel, that the *Firneno* action, including all claims and counterclaims that were or might have been asserted in the

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1  *Firneno* action, may be and hereby are dismissed, pursuant to the parties' settlement
2  agreement and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with
3  each party to bear its own costs and attorneys' fees.
4       The parties to the *Firneno* action respectfully request the Court to terminate the
5  *Firneno* action by valid order pursuant to this Stipulation of Dismissal and to direct the
6  Clerk of this Court to transmit a copy of the same to the Clerk of the United States
7  Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee
8  district court terminates an action by valid order, including but not limited to summary
9  judgment, judgment of dismissal and judgment upon stipulation, the transferee district
10 court clerk shall transmit a copy of that order to the Clerk of the Panel. The terminated
11 action shall not be remanded to the transferor court and the transferee court shall retain the
12 original files and records unless the transferee judge or the Panel directs otherwise.").
13      Stipulated To By:

15 June 30, 2014    By:   *s/by consent Ian B. Lyngklip (P47173)*

16                 Attorney for Plaintiff
                   Lyngklip & Associates Consumer Law Center, PLC
17                 Southfield, MI 48075
                   Telephone: 248-208-8864
18                 ian@MichiganConsumerLaw.com

19                 *Attorney for Plaintiff Jody Firneno*

22 June 30, 2014    By:   *s/Jennifer M. Robbins* MN #387745

23                 Christopher W. Madel, MN Reg. No. 230297
                   Jennifer M. Robbins, MN Reg. No. 387745
24                 ROBINS, KAPLAN, MILLER & CIRESI, LLP
                   800 LaSalle Avenue
25                 2800 LaSalle Plaza
                   Minneapolis, MN 55402-2015
26                 Telephone:  612-349-8500
                   Facsimile:  612-339-4181

|   |   |
|---|---|
| 1 | Edward D. Lodgen, Bar No. 155168 |
| 2 | Julia V. Lee, Bar No. 252417 |
|   | ROBINS, KAPLAN, MILLER & CIRESI, LLP |
| 3 | 2049 Century Park East, Suite 3400 |
|   | Los Angeles, CA 90067-3208 |
| 4 | Telephone:   310-552-0130 |
|   | Facsimile:   310-229-5800 |

*Attorneys for Portfolio Recovery Associates, LLC*

Stipulation of Dismissal
84907059.1

-3-

Case No. 3:11-md-02295