# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY BANKS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant(s). | Case No. 3:14-cv-00100 JAH(BGS)<br><br>**AMENDED MOTION TO SUBSTITUTE COUNSEL** |

Benjamin A. Parker and Holly E. Dowd, the Attorney of Record for Kelly Banks, move the Court to substitute Benjamin A. Parker as Attorney of Record in this Case.

1. The attorney to be substituted in is: Benjamin A. Parker, 3 Broad St. Ste. 450, Charleston, SC 29401; Phone 843.300.1047 ext. 110, Fax 843.628.2403, Bar No. 100831.

2. Movant would show that this Motion has the approval of the client; that the withdrawal and substitution are not sought for delay only.

## PRAYER

Movant prays the Court grant this motion, enter an order in accordance with this motion, and grant general relief.

Respectfully Submitted,

/s/ Holly E. Dowd_____
Holly E. Dowd, Esquire
Attorney for Plaintiff

/s/ Benjamin A. Parker_____

        Benjamin A. Parker, Esquire
        Attorney for Plaintiff

## CONSENT OF CLIENT AND SUBSTITUTE COUNSEL

The undersigned, Kelly Banks, consents to the appointment of Benjamin A. Parker as Attorney of Record and agrees that substitution of counsel in this case shall not be used as ground for continuance.

        Respectfully Submitted,

        /s/ Holly E. Dowd_____
        Holly E. Dowd, Esquire
        Attorney for Plaintiff

        /s/ Benjamin A. Parker_____
        Benjamin A. Parker, Esquire
        Attorney for Plaintiff

        /s/ Kelly Banks

## CERTIFICATE OF SERVICE

    I certify that I have furnished a true copy of the within and foregoing upon all attorneys of record by depositing same in certified electronic delivery.

    This 13th of February 2015.

        /s/ Benjamin A. Parker_____
        Benjamin A. Parker, Esquire
        Attorney for Plaintiff