1  Attorney for Defendant
2  Portfolio Recovery Associates, LLC

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL 2295<br><br>**NOTICE OF APPEARANCE** |
| *Brandi Williams v. Portfolio Recovery Associates, LLC*<br>8:15-cv-01004-CEH-AEP(MD Fla) | |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

    PLEASE TAKE NOTICE that Nathan A. Searles hereby notes his appearance as counsel for Portfolio Recovery Associates, LLC.  Sharina T. Romano is no longer with PRA Group.

Dated:  July 27, 2015        Respectfully submitted,

        PORTFOLIO RECOVERY ASSOCIATES, LLC

*/s/ Nathan A. Searles*
Nathan A. Searles (SBN 234315)
PRA Group
120 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300 ext 13206
(757) 321-2518 (fax)
nasearles@portfoliorecovery.com

Attorney for Defendant
Portfolio Recovery Associates, LLC

# PROOF OF SERVICE

I am over the age of 18 and not a party to this action.  My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

On July 27, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

**Defendant Portfolio Recovery Associates, LLC's Notice of Appearance**

☒  Via ECF notification:

William John Gadd, Esq.
2727 Ulmerton Rd #250
Clearwater, FL 33762
727-524-6300
Wjg@mazgadd.com

Executed on July 27, 2015, at Norfolk, Virginia.

*/s/ Sonia Gomez*
Sonia Gomez
PRA Group