Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
PRA Group
140 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | MDL 2295<br><br>**NOTICE OF APPEARANCE** |
| *Fawn Turner v. Portfolio Recovery Associates, LLC*<br>8:14-cv-01679-JSM-TGW(MD Fla) | |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that Nathan A. Searles hereby notes his appearance as counsel for Portfolio Recovery Associates, LLC.  Sharina T. Romano is no longer with PRA Group.

Dated:  July 27, 2015                    Respectfully submitted,

PORTFOLIO RECOVERY ASSOCIATES, LLC

*/s/ Nathan A. Searles*
Nathan A. Searles (SBN 234315)
PRA Group
120 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300 ext 13206
(757) 321-2518 (fax)
nasearles@portfoliorecovery.com

Attorney for Defendant
Portfolio Recovery Associates, LLC

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action. My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

On July 27, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

**Defendant Portfolio Recovery Associates, LLC's Notice of Appearance**

☒ Via ECF notification:

William John Gaddy, Esq.
2727 Ulmerto Rd #250
Clearwater, FL 33762
727-524-6300
wjg@mazgadd.com

Lisa R. Wilcox, Esq.
Wilcox Law PA
721 1st Avenue N, #100
St. Petersburg, FL 33701
727-821-1707
lisa@wilcoxlawpa.com

Executed on July 27, 2015, at Norfolk, Virginia.

*/s/ Sonia Gomez*
Sonia Gomez
PRA Group

Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
PRA Group
140 Corporate Boulevard
Norfolk, VA  23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)