1  Nathan A. Searles (SBN 234315)
2  NASearles@portfoliorecovery.com
   PRA Group
3  140 Corporate Boulevard
4  Norfolk, VA  23502
   (757) 519-9300, Ext 13206
5  (757) 321-2518 (fax)
6
   Attorney for Defendant
7  Portfolio Recovery Associates, LLC

8
               **BEFORE THE UNITED STATES JUDICIAL PANEL**
9                 **ON MULTIDISTRICT LITIGATION**

10

11  IN RE: PORTFOLIO RECOVERY          MDL 2295
    ASSOCIATES, LLC, TELEPHONE
12  CONSUMER PROTECTION ACT            **NOTICE OF APPEARANCE**
    LITIGATION
13

14

15  *Jason Shearer v. Portfolio Recovery*
    *Associates, LLC*
16  8:13-cv-03061-EAK-AEP(MD Fla)

17

18

19

20

21

22

23

24

25

26

27

28

1  TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

2      PLEASE TAKE NOTICE that Nathan A. Searles hereby notes his appearance

3  as counsel for Portfolio Recovery Associates, LLC.  Sharina T. Romano is no longer

4  with PRA Group.

5  Dated:  July 27, 2015                 Respectfully submitted,

6                                        PORTFOLIO RECOVERY ASSOCIATES, LLC

7

8                                        */s/ Nathan A. Searles*
                                         Nathan A. Searles (SBN 234315)
9                                        PRA Group
                                         120 Corporate Boulevard
10                                       Norfolk, VA  23502
                                         (757) 519-9300 ext 13206
11
                                         (757) 321-2518 (fax)
12                                       nasearles@portfoliorecovery.com
13

14
                                         Attorney for Defendant
15                                       Portfolio Recovery Associates, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **PROOF OF SERVICE**

2

3    I am over the age of 18 and not a party to this action.  My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

4

5    On July 27, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

6

7    **Defendant Portfolio Recovery Associates, LLC's Notice of Appearance**

8    ☒  Via ECF notification:

9

10   William John Gadd, Esq.
     2727 Ulmerton Rd #250
11   Clearwater, FL 33762
     727-524-6300
12   wjg@mazgadd.com

13

14   Executed on July 27, 2015, at Norfolk, Virginia.

15

16                              */s/ Sonia Gomez*
                                Sonia Gomez
17                              PRA Group

18

19

20

21

22

23

24

25

26

27

28