1  Nathan A. Searles (SBN 234315)
2  NASearles@portfoliorecovery.com
   PRA Group
3  140 Corporate Boulevard
4  Norfolk, VA  23502
   (757) 519-9300, Ext 13206
5  (757) 321-2518 (fax)
6
   Attorney for Defendant
7  Portfolio Recovery Associates, LLC

8
        **BEFORE THE UNITED STATES JUDICIAL PANEL**
9             **ON MULTIDISTRICT LITIGATION**

10

11 | IN RE: PORTFOLIO RECOVERY | MDL 2295 |
   | ASSOCIATES, LLC, TELEPHONE | |
12 | CONSUMER PROTECTION ACT | **NOTICE OF APPEARANCE** |
   | LITIGATION | |
13

14

15 *Ryan Seay v. Portfolio Recovery*
   *Associates, LLC*
16 8:13-cv-01791-VMC-AEP(MD Fla)

17

18

19

20

21

22

23

24

25

26

27

28

1   TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

2       PLEASE TAKE NOTICE that Nathan A. Searles hereby notes his appearance

3   as counsel for Portfolio Recovery Associates, LLC.  Sharina T. Romano is no longer

4   with PRA Group.

5   Dated:  July 27, 2015                    Respectfully submitted,

6                                             PORTFOLIO RECOVERY ASSOCIATES, LLC

7

8                                             */s/ Nathan A. Searles*
                                              Nathan A. Searles (SBN 234315)
9                                             PRA Group
                                              120 Corporate Boulevard
10                                            Norfolk, VA  23502
                                              (757) 519-9300 ext 13206
11
                                              (757) 321-2518 (fax)
12                                            nasearles@portfoliorecovery.com

13

14
                                              Attorney for Defendant
15                                            Portfolio Recovery Associates, LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **PROOF OF SERVICE**

3

     I am over the age of 18 and not a party to this action.  My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

4

5

     On July 27, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

6

7

**Defendant Portfolio Recovery Associates, LLC's Notice of Appearance**

8

☒  Via ECF notification:

9

10

Bret Leon Luskin, Esq.
Bret Luskin, PA
20803 Biscayne Blvd #302
Aventura, FL 33180
954-454-5841
blusskin@lusskinlaw.com

11

12

13

14

15

Executed on July 27, 2015, at Norfolk, Virginia.

16

                             */s/ Sonia Gomez*
                             Sonia Gomez
                             PRA Group

17

18

19

20

21

22

23

24

25

26

27

28