UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION, | Civil No. 11-md-2295 JAH (BGS)<br><br>**ORDER REQUIRING SUBMISSION OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

On July 17, 2015, the Court lifted the stay in this action and, at the joint request of the parties, scheduled a telephonic case management conference ("CMC") before Judge Skomal on **August 26, 2015 at 1:30 p.m.** [ECF No. 249.]

In preparation for the teleconference with Judge Skomal, counsel for the parties are ordered to meet and confer **no later than August 10, 2015**, regarding their positions on: (1) willingness to engage in further settlement discussions; (2) the results of the approximately 18 months of informal discovery that was conducted before the stay in the case was imposed; and (3) the need for discovery, if any, in cases that were unable to conduct discovery before case consolidation. If, after meeting and conferring, counsel would prefer to conduct the CMC in-person in Judge Skomal's chambers, they are ordered to contact the Court on or before August 11, 2015 to jointly request that the CMC be held in person.

///

**IT IS FURTHER ORDERED** that **no later than August 17, 2015**, counsel for the parties shall file a JOINT case management conference statement that **specifically lists in detail**:

1. What discovery (either informal or formal) has been done been done by the parties;
2. What facts/information/topic areas can be identified as completed in order to avoid duplicative work; and
3. What discovery remains to be done.

The joint CMC statement shall also propose a discovery/pre-trial schedule.  In addition to filing the statement on the court's docket, a courtesy copy of the joint CMC statement shall lodged electronically with chambers at efile_skomal@casd.uscourts.gov.

IT IS SO ORDERED.

DATED: July 28, 2015

Hon. Bernard G. Skomal
U.S. Magistrate Judge
United States District Court