UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



FILED
AUG 1 2 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC,
TELEPHONE CONSUMER PROTECTION ACT LITIGATION
Keyes v. Portfolio Recovery Associates, LLC, et al., )
S.D. California, C.A. No. 3:15-01360 ) MDL No. 2295

## ORDER VACATING CONDITIONAL TRANSFER ORDER

On August 4, 2015, a conditional transfer order was filed in this litigation. The above-captioned civil action (*Keyes*) was included on that order in error.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-63" filed on August 4, 2015, is REVOKED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel