**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile:  310-229-5800
mgeibelson@robinskaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Matthew J.M. Pelikan, MN Reg. No. 393065
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile:  612-339-4181
cmadel@robinskaplan.com
jrobbins@robinskaplan.com
mpelikan@robinskaplan.com

*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC, PRA*
*Group, Inc., and Neal Stern*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**NOTICE OF WITHDRAWAL OF JULIA V. LEE AS COUNSEL** |

Defendants Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern give notice that Julia V. Lee is withdrawing from representing Defendants in this matter. Michael A. Geibelson, Christopher W. Madel, Jennifer M. Robbins and Matthew J.M. Pelikan of Robins Kaplan LLP will continue to represent Defendants in this matter.

DATED:  August 13, 2015

By:  *s/Jennifer M. Robbins*

Christopher W. Madel, MN Reg. No. 230297
(pro hac vice)
Jennifer M. Robbins, MN Reg. No. 387745
(pro hac vice)
Matthew J.M. Pelikan, MN Reg. No. 393065
(pro hac vice)

ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
MPelikan@RobinsKaplan.com

Michael A. Geibelson, Bar No. 179970
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800
MGeibelson@RobinsKaplan.com

*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern*

**CERTIFICATE OF SERVICE**

I, Jennifer M. Robbins, counsel for Defendants, hereby certify that service of the foregoing Notice of Withdrawal was filed electronically and sent via e-mail through the CM/ECF system to the following:

- Amanda Allen
  aallen@forthe people.com
- Rex C. Anderson
  mied@rexandersonpc.com
- Seth Andrews
  sandrews@kennethhiller.com
- David N. Anthony
  david.anthony@troutmansanders.com
- Mauricio Arcadier
  office@wamalaw.com,arcadier@wamalaw.com
- Michael Ronald Ayers
  mayers@hinshawlaw.com
- Randy Aoyama
  raoyama@hinshawlaw.com
- Paul Mathew Bach
  paul@bachoffices.com
- Mohammed Omar Badwan
  mbadwan@sulaimanlaw.com
- Avanti Deepak Bakane
  abakane@hinshawlaw.com
- Suzanne Havens Beckman
  shavens@parisihavens.com
- Brian Lewis Bromberg
  brian@bromberglawoffice.com,mike@bromberglawoffice.com,brian.bromberg@gmail.com
- Lauren M Burnette
  lmburnette@mdwcg.com
- Floyd W. Bybee
  Floyd@bybeelaw.com
- Douglas J Campion
  doug@djcampion.com
- Penny Hays Cauley
  phc917@hayscauley.com
- Gus M Centrone
  gcentrone@centroneshrader.com
- Hyung Sik Choi
  hyung@choiandfabian.com

1
2  • Jennifer M Spiegel Colson
   jcolson@jennifercolsonpa.com
3  • Cathleen M. Combs
   ccombs@edcombs.com
4
5  • Timothy Condon
   tim@timcondon.net
6  • Lindsey A.L. Conley
   lconley@hinshawlaw.com
7  • Edward C. Cutlip , Jr
   ecutlip@kerr-russell.com
8  • James Lee Davidson
   jdavidson@mgjdlaw.com
9
10 • Deirdre O. Dexter
   dexter@barrowgrimm.com
11 • Thomas R. Dominczyk
   trd@mnlawpc.com
12 • Holly Elizabeth Dowd
   hollyedowd@yahoo.com
13 • John Paul Dubbeld
   jdubbeld@dispartilaw.com
14
15 • Chad Vinson Echols
   chad.echols@theecholsfirm.com
16 • Daniel A. Edelman
   dedelman@edcombs.com,courtecl@edcombs.com
17 • Caren D. Enloe
   cenloe@smithdebnamlaw.com,jroach@smithdebnamlaw.com
18 • Veronika Fabian
   veronika@choiandfabian.com
19
20 • Barbara Fernandez
   bfernandez@hinshawlaw.com
21 • Paul R. Fowkes
   pfowkes@DFlawfirm.com
22 • Brett Freeman
   bfecf@bankruptcypa.com
23 • Rachel R Friedman
   rfriedman@burr.com
24
25 • William John Gadd
   wjg@mazgadd.com
26 • James Patrick Galvin
   james@twbglaw.com
27 • Joseph P Garin
   nvecf@lipsonneilson.com
28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

1. •Amy Lynn Bennecoff Ginsburg
   aginsburg@creditlaw.com,teamkimmel@creditlaw.com
2. •Tara Leigh Goodwin
   tgoodwin@edcombs.com
3. •Jessica A Green
   jgreen@lipsonneilson.com
4. •Francis Richard Greene
   fgreene@edcombs.com,courtecl@edcombs.com
5. •Michael Lewis Greenwald
   mgreenwald@gdrlawfirm.com,jdavidson@gdrlawfirm.com,aradbil@gdrlawfirm.com
6. •Paul K. Guibao
   pguibao@attorneysforconsumers.com,pguibao@gmail.com,ecf@attorneysforconsumers.com
7. •Rami Nicola Haddad
   rnhaddad@portfoliorecovery.com
8. •David Palmer Hartnett
   dhartnett@hinshawlaw.com
9. •Ryan Christopher Hasanbasic
   ryan@dispartilaw.com
10. •Brandon S. Hays
    bhays@mmlaw.net
11. •Brian J. Headley
    bjheadley@yahoo.com
12. •Patrick J Helwig
    phelwig@lawpoint.com
13. •Adam Theodore Hill
    ahill@consumerlawcenter.com
14. •Samuel M. Hill
    sam@samhilllaw.com,pamg@samhilllaw.com
15. •Shireen Hormozdi
    shormozdi@consumerlawcenter.com
16. •Nathan L. Horton
    nhorton@portfoliorecovery.com
17. •William Peerce Howard
    whoward@forthepeople.com
18. •Matthew J. Kalmanson
    mjk@hartwagner.com
19. •Abbas Kazerounian
    ak@kazlg.com,abbas.kazerooni@gmail.com
20. •Keith James Keogh
    Keith@Keoghlaw.com,MSeckel@Keoghlaw.com
21. •Thomas Lash
    tlash@lashandwilcox.com
22. •James O. Latturner
    jlatturner@edcombs.com,courtecl@edcombs.com

- Jared Michael Lee
  jlee@forthepeople.com
- Ryan Lee
  rlee@consumerlawcenter.com,courtfiling@consumerlawcenter.com,akrohn@consumerlawcenter.com
- Alan Daniel Leeth
  aleeth@burr.com,sfoshee@burr.com
- David Leibowitz
  dleibowitz@uprightlaw.com
- Sergei Lemberg
  slemberg@lemberglaw.com
- Ryan S. Lett
  rlett@fbtlaw.com
- David B. Levin
  dlevin@uprightlaw.com
- Donald S. Litman
  PA_Law2@yahoo.com
- Bret Leon Lusskin , Jr
  blusskin@lusskinlaw.com
- Ian B. Lyngklip
  ian@michiganconsumerlaw.com
- Robbie L Malone
  rmalone@rmalonelaw.com
- Ari Hillel Marcus
  arimarcus2@gmail.com
- Ainat Natalie Margalit
  ainat.margalit@gmail.com
- Eugene Xerxes Martin , IV
  xmartin@rmalonelaw.com
- David Andrew Maxfield
  dave@consumerlawsc.com
- Liana Mayilyan
  lmayilyan@snllp.com,ccogbill@snllp.com
- Daniel John McGarry
  dmcgarry@swaimanlaw.com
- Marshall S. Meyers
  ECF@attorneysforconsumers.com,mmeyers@attorneysforconsumers.com
- Cassandra P. Miller
  cmiller@edcombs.com
- Rodney Eugene Miller
  rem@mmlaw.net
- David P. Mitchell
  DMitchell@mitchellconsumerlaw.com

Notice of Withdrawal — - 6 - — Case No. 3:11-md-02295

1. •Clayton S. Morrow
cmorrow@allconsumerlaw.com

2. •Robert W. Murphy
rphyu@aol.com

3.

4. •Marilyn C. Naiman-Kohn
mnk@simanlaw.net

5. •Tearsa Storms Olson
tolson@attorneysforconsumers.com

6. •Victoria Lea Orze
vorze@dickinsonwright.com

7. •Ethan G. Ostroff
ethan.ostroff@troutmansanders.com

8.

9. •Scott David Owens
scott@scottdowens.com,patrick@scottdowens.com,don@scottdowens.com,shannon@scottdowens.com

10.

11. •David C. Parisi
dparisi@parisihavens.com,dcparisi@msn.com

12. •Benjamin A. Parker
bparker@bushlaw.com,benparker416@gmail.com

13. •David George Peltan
davidpeltan@peltanlaw.com

14.

15. •Craig K Perry
info@1stoplawfirm.com

16. •Julie A. Petrik
julie@michiganconsumerlaw.com

17. •Vicki Piontek
vicki.piontek@gmail.com

18. •Emily J Prentice
emily.prentice@kattenlaw.com

19.

20. •Ethan Mark Preston
ep@eplaw.us

21. •Jim Gerhart Price
lawofficesofjgp@sbcglobal.net

22. •Yechezkel Rodal
chezky@floridaloanlawyers.com

23. •Sharina Talbot Romano
stromano@portfoliorecovery.com

24.

25. •Ahmad Tayseer Salaiman
ahmad.salaiman@swaimanlaw.com

26. •David M. Schultz
dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,jweller@hinshawlaw.com,izielinski@hinshawlaw.com

27.

28. •Nathan Andrew Searles
NASEARLES@PORTFOLIORECOVERY.COM,arundquist@lrlo.com,kuhamilton@portfoliorecovery.com

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

- Craig M. Shapiro
  cshapiro@keoghlaw.com
- Robert E. Sickles
  rsickles@hinshawlaw.com
- Steven A. Siman
  sas@simanlaw.net
- George R. Smith , Jr
  g.smith1961@att.net
- Timothy J. Sostrin
  TSostrin@KeoghLaw.com
- Robert Franklin Springfield
  fspringf@burr.com
- Davidde A. Stella
  dstella@kerr-russell.com
- James Matthew Stephens
  mstephens@mmlaw.net
- Max Story
  max@maxstorylaw.com
- Ahmad Tayseer Sulaiman, First
  ahmad.sulaiman@sulaimanlaw.com
- Joshua Swigart
  josh@westcoastlitigation.com,hydeswigart@pacernotice.com,ecf@westcoastlitigation.com
- Nicholas Wayne Tedford
  ntedford@craigzlaw.com
- Russell Snow Thompson , IV
  rthompson@attorneysforconsumers.com
- Jeffrey Alan Topor
  jtopor@snllp.com,ccogbill@snllp.com
- Katherine Hannah Tresley
  ktresley@hinshawlaw.com
- Joshua Trigsted
  jtrigsted@attorneysforconsumers.com
- Henry A. Turner
  hturner@tloffices.com,awallace@tloffices.com
- Mark L Vavreck
  mvavreck@mgvlawfirm.com
- Andrew T. Velonis
  andrewv@wzlaw.org
- Alexander S. Vesselinovitch
  avesselinovitch@kattenlaw.com
- Michael J. Vitoria
  mvitoria@forthepeople.com
- Lisa R. Wilcox
  lwilcox@wilcoxlawpa.com

Notice of Withdrawal - 8 - Case No. 3:11-md-02295

•Steven R. Zahn
szahn@portfoliorecovery.com

The foregoing document was also served upon the parties below by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Jarrett R. Jenkins
334 Locust St
Apt 1
West Hempstead, NY 11552

Ross A. Miller
P.O. Box 12433
Richmond, VA 23241

Lee Arthur Momient
P.O. Box 608082
Chicago, IL 60660

Jeffrey J Morales
6173 Nightingale Street
Dearborn Heights, MI 48127

Darren Neese
3017 Wild Pepper Ave.
Deltona, FL 32725

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Ross A. Miller
P.O. Box 12433
Richmond, VA 23241

Dated: August 13, 2015         ROBINS KAPLAN LLP

                               By  *s/Jennifer M. Robbins*                .
                               Christopher W. Madel, MN Reg. No. 230297
                               Jennifer M. Robbins, MN Reg. No. 387745
                               Matthew J.M. Pelikan, MN Reg. No. 393065

|   |   |
|---|---|
| 1 | |
| 2 | 800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402-2015<br>Phone: (612) 349-8500<br>Fax: (612) 339-4181<br>CMadel@RobinsKaplan.com<br>JRobbins@RobinsKaplan.com<br>MPelikan@RobinsKaplan.com |
| 3 | |
| 4 | |
| 5 | *Attorneys for Defendants*<br>*Portfolio Recovery Associates, LLC, Portfolio Group, Inc. and Neal Stern* |
| 6 | |
| 7 | 86066571.1 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS