**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800
MGeibelson@RobinsKaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Matthew J.M. Pelikan, MN Reg. No. 393065
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:    612-339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
MPelikan@RobinsKaplan.com
*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC,*
*PRA Group, Inc., and Neal Stern*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**CERTIFICATE OF SERVICE**<br><br>**THIS RELATES TO**<br>**All Member Cases** |

I, Jennifer M. Robbins, counsel for Defendants, hereby certify that service of the ANSWER OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC, PRA GROUP, INC., AND NEAL STERN and this Certificate of Service were filed electronically and sent via e-mail through the CM/ECF system to the following:

• Amanda Allen
aallen@forthe people.com

• Rex C. Anderson
mied@rexandersonpc.com

Certificate of Service

Case No. 3:11-md-02295

86073165.1

1. - Seth Andrews
sandrews@kennethhiller.com

2. - David N. Anthony
david.anthony@troutmansanders.com

3. 

4. - Randy Aoyama
raoyama@hinshawlaw.com

5. - Mauricio Arcadier
office@wamalaw.com,arcadier@wamalaw.com

6. - Michael Ronald Ayers
mayers@hinshawlaw.com

7. - Paul Mathew Bach
paul@bachoffices.com

8. 

9. - Mohammed Omar Badwan
mbadwan@sulaimanlaw.com

10. - Avanti Deepak Bakane
abakane@hinshawlaw.com

11. - Suzanne Havens Beckman
shavens@parisihavens.com

12. - Brian Lewis Bromberg
brian@bromberglawoffice.com,mike@bromberglawoffice.com,brian.bromberg@gmail.com

13. 

14. - Lauren M Burnette
lmburnette@mdwcg.com

15. - Floyd W. Bybee
Floyd@bybeelaw.com

16. - Douglas J Campion
doug@djcampion.com

17. - Penny Hays Cauley
phc917@hayscauley.com

18. 

19. - Gus M Centrone
gcentrone@centroneshrader.com

20. - Hyung Sik Choi
hyung@choiandfabian.com

21. - Jennifer M Spiegel Colson
jcolson@jennifercolsonpa.com

22. - Cathleen M. Combs
ccombs@edcombs.com

23. 

24. - Timothy Condon
tim@timcondon.net

25. - Lindsey A.L. Conley
lconley@hinshawlaw.com

26. - Maximiliano D. Couvillier, III
mcouvillier@blacklobellolaw.com

27. - Edward C. Cutlip , Jr
ecutlip@kerr-russell.com

28. 

Certificate of Service

- 2 -     Case No. 3:11-md-02295

86073165.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

- James Lee Davidson
  jdavidson@mgjdlaw.com

- Deirdre O. Dexter
  dexter@barrowgrimm.com

- Thomas R. Dominczyk
  trd@mnlawpc.com

- Holly Elizabeth Dowd
  hollyedowd@yahoo.com

- John Paul Dubbeld
  jdubbeld@dispartilaw.com

- Chad Vinson Echols
  chad.echols@theecholsfirm.com

- Daniel A. Edelman
  dedelman@edcombs.com,courtecl@edcombs.com

- Caren D. Enloe
  cenloe@smithdebnamlaw.com,jroach@smithdebnamlaw.com

- Veronika Fabian
  veronika@choiandfabian.com

- Barbara Fernandez
  bfernandez@hinshawlaw.com

- Paul Robert Fowkes
  pfowkes@DFHlawfirm.com

- Brett Freeman
  bfecf@bankruptcypa.com

- Rachel R Friedman
  rfriedman@burr.com

- William John Gadd
  wjg@mazgadd.com

- James Patrick Galvin
  james@twbglaw.com

- Joseph P Garin
  nvecf@lipsonneilson.com

- Amy Lynn Bennecoff Ginsburg
  aginsburg@creditlaw.com,teamkimmel@creditlaw.com

- Tara Leigh Goodwin
  tgoodwin@edcombs.com

- Jessica A Green
  jgreen@lipsonneilson.com

- Francis Richard Greene
  fgreene@edcombs.com,courtecl@edcombs.com

- Michael Lewis Greenwald
  mgreenwald@gdrlawfirm.com,jdavidson@gdrlawfirm.com,aradbil@gdrlawfirm.com

- Paul K. Guibao
  pguibao@attorneysforconsumers.com,pguibao@gmail.com,ecf@attorneysforconsumers.com

1
2
- Rami Nicola Haddad
  rnhaddad@portfoliorecovery.com

3
- David Palmer Hartnett
  dhartnett@hinshawlaw.com

4
- Ryan Christopher Hasanbasic
  ryan@dispartilaw.com

5
- Brandon S. Hays
  bhays@mmlaw.net

6
7
- Brian J. Headley
  bjheadley@yahoo.com

8
- Patrick J Helwig
  phelwig@lawpoint.com

9
- Kevin Hernandez
  khernandes@blacklobellolaw.com

10
- Adam Theodore Hill
  ahill@consumerlawcenter.com

11
12
- Samuel M. Hill
  sam@samhilllaw.com,pamg@samhilllaw.com

13
- Shireen Hormozdi
  shormozdi@consumerlawcenter.com

14
- Nathan L. Horton
  nhorton@portfoliorecovery.com

15
- William Peerce Howard
  whoward@forthepeople.com

16
17
- Matthew J. Kalmanson
  mjk@hartwagner.com

18
- Abbas Kazerounian
  ak@kazlg.com,abbas.kazerooni@gmail.com

19
- Keith James Keogh
  Keith@Keoghlaw.com,MSeckel@Keoghlaw.com

20
- Thomas Lash
  tlash@lashandwilcox.com

21
22
- James O. Latturner
  jlatturner@edcombs.com,courtecl@edcombs.com

23
- Jared Michael Lee
  jlee@forthepeople.com

24
25
- Ryan Lee
  rlee@consumerlawcenter.com,courtfiling@consumerlawcenter.com,akrohn@consumerlawcenter.com

26
- Alan Daniel Leeth
  aleeth@burr.com,sfoshee@burr.com

27
- David Leibowitz
  dleibowitz@uprightlaw.com

28
- Sergei Lemberg

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

Certificate of Service

86073165.1

- 4 -                                   Case No. 3:11-md-02295

1  slemberg@lemberglaw.com

2  •Ryan S. Lett
rlett@fbtlaw.com

3  •David B. Levin
dlevin@uprightlaw.com

4
5  •Donald S. Litman
PA_Law2@yahoo.com

6  •Bret Leon Lusskin , Jr
blusskin@lusskinlaw.com

7  •Ian B. Lyngklip
ian@michiganconsumerlaw.com

8  •Robbie L Malone
rmalone@rmalonelaw.com

9
10 •Ari Hillel Marcus
arimarcus2@gmail.com

11 •Ainat Natalie Margalit
ainat.margalit@gmail.com

12 •Eugene Xerxes Martin , IV
xmartin@rmalonelaw.com

13 •David Andrew Maxfield
dave@consumerlawsc.com

14
15 •Liana Mayilyan
lmayilyan@snllp.com,ccogbill@snllp.com

16 •Daniel John McGarry
dmcgarry@swaimanlaw.com

17 •Marshall S. Meyers
ECF@attorneysforconsumers.com,mmeyers@attorneysforconsumers.com

18 •Cassandra P. Miller
cmiller@edcombs.com

19
20 •Rodney Eugene Miller
rem@mmlaw.net

21 •David P. Mitchell
DMitchell@mitchellconsumerlaw.com

22 •Clayton S. Morrow
cmorrow@allconsumerlaw.com

23 •Robert W. Murphy
rphyu@aol.com

24
25 •Marilyn C. Naiman-Kohn
mnk@simanlaw.net

26 •Tearsa Storms Olson
tolson@attorneysforconsumers.com

27 •Victoria Lea Orze
vorze@dickinsonwright.com

28 •Ethan G. Ostroff

Certificate of Service

- 5 -                Case No. 3:11-md-02295

86073165.1

1  ethan.ostroff@troutmansanders.com

2  • Scott David Owens
   scott@scottdowens.com,patrick@scottdowens.com,don@scottdowens.com,shannon@scottdowens.com

3

4  • David C. Parisi
   dparisi@parisihavens.com,dcparisi@msn.com

5  • Benjamin A. Parker
   bparker@bushlaw.com,benparker416@gmail.com

6  • David George Peltan
   davidpeltan@peltanlaw.com

7  • Craig K Perry
   info@1stoplawfirm.com

8

9  • Julie A. Petrik
   julie@michiganconsumerlaw.com

10 • Emily J Prentice
   emily.prentice@kattenlaw.com

11 • Ethan Mark Preston
   ep@eplaw.us

12 • Jim Gerhart Price
   lawofficesofjgp@sbcglobal.net

13

14 • Yechezkel Rodal
   chezky@floridaloanlawyers.com

15 • David M. Schultz
   dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,jweller@hinshawlaw.com,izielinski@hinshawlaw.com

16

17 • Nathan Andrew Searles
   NASEARLES@PORTFOLIORECOVERY.COM,arundquist@lrlo.com,kuhamilton@portfoliorecovery.com

18 • Craig M. Shapiro
   cshapiro@keoghlaw.com

19

20 • Robert E. Sickles
   rsickles@hinshawlaw.com

21 • Steven A. Siman
   sas@simanlaw.net

22 • George R. Smith , Jr
   g.smith1961@att.net

23 • Timothy J. Sostrin
   TSostrin@KeoghLaw.com

24

25 • Robert Franklin Springfield
   fspringf@burr.com

26 • Davidde A. Stella
   dstella@kerr-russell.com

27 • James Matthew Stephens
   mstephens@mmlaw.net

28 • Max Story

Certificate of Service
- 6 -     Case No. 3:11-md-02295

86073165.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

1. max@maxstorylaw.com

2. •Amad Tayseer Sulaiman, First
ahmad.sulaiman@sulaimanlaw.com

3. •Joshua Swigart
josh@westcoastlitigation.com,hydeswigart@pacernotice.com,ecf@westcoastlitigation.com

4. •Nicholas Wayne Tedford
ntedford@craigzlaw.com

5. •Russell Snow Thompson , IV
rthompson@attorneysforconsumers.com

6. •Jeffrey Alan Topor
jtopor@snllp.com,ccogbill@snllp.com

7. •Katherine Hannah Tresley
ktresley@hinshawlaw.com

8. •Joshua Trigsted
jtrigsted@attorneysforconsumers.com

9. •Henry A. Turner
hturner@tloffices.com,awallace@tloffices.com

10. •Mark L Vavreck
mvavreck@mgvlawfirm.com

11. •Andrew T. Velonis
andrewv@wzlaw.org

12. •Alexander S. Vesselinovitch
avesselinovitch@kattenlaw.com

13. •Michael J. Vitoria
mvitoria@forthepeople.com

14. •Lisa R. Wilcox
lwilcox@wilcoxlawpa.com

15. •Steven R. Zahn
szahn@portfoliorecovery.com

The ANSWER OF DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC, PRA GROUP, INC., AND NEAL STERN and this Certificate of Service were also served upon the parties below by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Jarrett R. Jenkins
334 Locust St
Apt 1
West Hempstead, NY 11552

Certificate of Service

Ross A. Miller
P.O. Box 12433
Richmond, VA  23241

Lee Arthur Momient
P.O. Box 608082
Chicago, IL 60660

Jeffrey J Morales
6173 Nightingale Street
Dearborn Heights, MI 48127

Darren Neese
3017 Wild Pepper Ave.
Deltona, FL 32725

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Dated:  August 14, 2015        ROBINS KAPLAN LLP

By      *s/Jennifer M. Robbins*

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Matthew J.M. Pelikan, MN Reg. No. 393065

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402-2015
Phone: (612) 349-8500
Fax: (612) 339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
MPelikan@RobinsKaplan.com

*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC,*
*PRA Group, Inc., and Neal Stern*

Certificate of Service

86073165.1

- 8 -                Case No. 3:11-md-02295