**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800
mgeibelson@robinskaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Matthew J.M. Pelikan, MN Reg. No. 393065
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
cmadel@robinskaplan.com
jrobbins@robinskaplan.com
mpelikan@robinskaplan.com

*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC, PRA Group, Inc.,*
*and Neal Stern*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**Defendants Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern's Fed. R. Civ. P. Rule 5.1 Notice to the United States Attorney General of Its Constitutional Challenge to the Telephone Consumer Protection Act of 1991** |

/ / /

/ / /

/ / /

Rule 5.1 Notice to Attorney General                                                                                                                            NO. 3:11-MD-02295-JAH-BGS

Under Federal Rule of Civil Procedure 5.1, notice is hereby given to the Attorney General of the United States that Defendants Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern (collectively "PRA") filed an Answer in opposition to Plaintiffs' First Amended Consolidated Complaint in which PRA questions the constitutionality of certain provisions of the Telephone Consumer Protection Act of 1991, 47 U.S.C. § 227, *et seq.* ("TCPA").

INCLUDED WITH THIS NOTICE is a copy of PRA's Answer.

DATED:  August 14, 2015           By:   s/Jennifer M. Robbins

Christopher W. Madel, MN Reg. No. 230297
(pro hac vice)
Jennifer M. Robbins, MN Reg. No. 387745
(pro hac vice)
Matthew J.M. Pelikan, MN Reg. No. 393065
(pro hac vice)

ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181
cmadel@robinskaplan.com
jrobbins@robinskaplan.com
mpelikan@robinskaplan.com

Michael A. Geibelson, Bar No. 179970
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800
mgeibelson@robinskaplan.com

*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern*

86073437.1