**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:     310-229-5800
MGeibelson@RobinsKaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Matthew J.M. Pelikan, MN Reg. No. 393065
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:     612-339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
MPelikan@RobinsKaplan.com
*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC,*
*PRA Group, Inc., and Neal Stern*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**CERTIFICATE OF SERVICE**<br><br>**THIS RELATES TO**<br>**All Member Cases** |

    I, Jennifer M. Robbins, counsel for Defendants, hereby certify that service of the Defendant Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern's Fed.R.Civ.P. Rule 5.1 Notice to the United States Attorney General of Its Constitutional Challenge to the Telephone Consumer Protection Act of 1991 and this Certificate of Service were filed electronically and sent via e-mail through the CM/ECF system to the following:

• Amanda Allen
aallen@forthepeople.com

Certificate of Service

Case No. 3:11-md-02295

86073168.1

1. •Rex C. Anderson
mied@rexandersonpc.com

2. •Seth Andrews
sandrews@kennethhiller.com

3.

4. •David N. Anthony
david.anthony@troutmansanders.com

5. •Randy Aoyama
raoyama@hinshawlaw.com

6. •Mauricio Arcadier
office@wamalaw.com,arcadier@wamalaw.com

7. •Michael Ronald Ayers
mayers@hinshawlaw.com

8.

9. •Paul Mathew Bach
paul@bachoffices.com

10. •Mohammed Omar Badwan
mbadwan@sulaimanlaw.com

11. •Avanti Deepak Bakane
abakane@hinshawlaw.com

12. •Suzanne Havens Beckman
shavens@parisihavens.com

13.

14. •Brian Lewis Bromberg
brian@bromberglawoffice.com,mike@bromberglawoffice.com,brian.bromberg@gmail.com

15. •Lauren M Burnette
lmburnette@mdwcg.com

16. •Floyd W. Bybee
Floyd@bybeelaw.com

17. •Douglas J Campion
doug@djcampion.com

18.

19. •Penny Hays Cauley
phc917@hayscauley.com

20. •Gus M Centrone
gcentrone@centroneshrader.com

21. •Hyung Sik Choi
hyung@choiandfabian.com

22. •Jennifer M Spiegel Colson
jcolson@jennifercolsonpa.com

23.

24. •Cathleen M. Combs
ccombs@edcombs.com

25. •Timothy Condon
tim@timcondon.net

26. •Lindsey A.L. Conley
lconley@hinshawlaw.com

27. •Maximiliano D. Couvillier, III
mcouvillier@blacklobellolaw.com

28.

Certificate of Service

- 2 -    Case No. 3:11-md-02295

86073168.1

1. • Edward C. Cutlip , Jr
ecutlip@kerr-russell.com

2. • James Lee Davidson
jdavidson@mgjdlaw.com

3. • Deirdre O. Dexter
dexter@barrowgrimm.com

4. • Thomas R. Dominczyk
trd@mnlawpc.com

5. • Holly Elizabeth Dowd
hollyedowd@yahoo.com

6. • John Paul Dubbeld
jdubbeld@dispartilaw.com

7. • Chad Vinson Echols
chad.echols@theecholsfirm.com

8. • Daniel A. Edelman
dedelman@edcombs.com,courtecl@edcombs.com

9. • Caren D. Enloe
cenloe@smithdebnamlaw.com,jroach@smithdebnamlaw.com

10. • Veronika Fabian
veronika@choiandfabian.com

11. • Barbara Fernandez
bfernandez@hinshawlaw.com

12. • Paul Robert Fowkes
pfowkes@DFHlawfirm.com

13. • Brett Freeman
bfecf@bankruptcypa.com

14. • Rachel R Friedman
rfriedman@burr.com

15. • William John Gadd
wjg@mazgadd.com

16. • James Patrick Galvin
james@twbglaw.com

17. • Joseph P Garin
nvecf@lipsonneilson.com

18. • Amy Lynn Bennecoff Ginsburg
aginsburg@creditlaw.com,teamkimmel@creditlaw.com

19. • Tara Leigh Goodwin
tgoodwin@edcombs.com

20. • Jessica A Green
jgreen@lipsonneilson.com

21. • Francis Richard Greene
fgreene@edcombs.com,courtecl@edcombs.com

22. • Michael Lewis Greenwald
mgreenwald@gdrlawfirm.com,jdavidson@gdrlawfirm.com,aradbil@gdrlawfirm.com

| | |
|---|---|
| 1 | •Paul K. Guibao<br>pguibao@attorneysforconsumers.com,pguibao@gmail.com,ecf@attorneysforconsumers.com |
| 2 | |
| 3 | •Rami Nicola Haddad<br>rnhaddad@portfoliorecovery.com |
| 4 | •David Palmer Hartnett<br>dhartnett@hinshawlaw.com |
| 5 | •Ryan Christopher Hasanbasic<br>ryan@dispartilaw.com |
| 6 | |
| 7 | •Brandon S. Hays<br>bhays@mmlaw.net |
| 8 | •Brian J. Headley<br>bjheadley@yahoo.com |
| 9 | •Patrick J Helwig<br>phelwig@lawpoint.com |
| 10 | •Kevin Hernandez<br>khernandes@blacklobellolaw.com |
| 11 | |
| 12 | •Adam Theodore Hill<br>ahill@consumerlawcenter.com |
| 13 | •Samuel M. Hill<br>sam@samhilllaw.com,pamg@samhilllaw.com |
| 14 | •Shireen Hormozdi<br>shormozdi@consumerlawcenter.com |
| 15 | •Nathan L. Horton<br>nhorton@portfoliorecovery.com |
| 16 | |
| 17 | •William Peerce Howard<br>whoward@forthepeople.com |
| 18 | •Matthew J. Kalmanson<br>mjk@hartwagner.com |
| 19 | •Abbas Kazerounian<br>ak@kazlg.com,abbas.kazerooni@gmail.com |
| 20 | •Keith James Keogh<br>Keith@Keoghlaw.com,MSeckel@Keoghlaw.com |
| 21 | |
| 22 | •Thomas Lash<br>tlash@lashandwilcox.com |
| 23 | •James O. Latturner<br>jlatturner@edcombs.com,courtecl@edcombs.com |
| 24 | •Jared Michael Lee<br>jlee@forthepeople.com |
| 25 | •Ryan Lee<br>rlee@consumerlawcenter.com,courtfiling@consumerlawcenter.com,akrohn@consumerlawcenter.com |
| 26 | |
| 27 | •Alan Daniel Leeth<br>aleeth@burr.com,sfoshee@burr.com |
| 28 | •David Leibowitz |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

| | |
|---|---|
| 1 | dleibowitz@uprightlaw.com |
| 2 | •Sergei Lemberg<br>slemberg@lemberglaw.com |
| 3 | •Ryan S. Lett<br>rlett@fbtlaw.com |
| 4 | •David B. Levin<br>dlevin@uprightlaw.com |
| 5 | |
| 6 | •Donald S. Litman<br>PA_Law2@yahoo.com |
| 7 | •Bret Leon Lusskin , Jr<br>blusskin@lusskinlaw.com |
| 8 | •Ian B. Lyngklip<br>ian@michiganconsumerlaw.com |
| 9 | •Robbie L Malone<br>rmalone@rmalonelaw.com |
| 10 | |
| 11 | •Ari Hillel Marcus<br>arimarcus2@gmail.com |
| 12 | •Ainat Natalie Margalit<br>ainat.margalit@gmail.com |
| 13 | •Eugene Xerxes Martin , IV<br>xmartin@rmalonelaw.com |
| 14 | •David Andrew Maxfield<br>dave@consumerlawsc.com |
| 15 | |
| 16 | •Liana Mayilyan<br>lmayilyan@snllp.com,ccogbill@snllp.com |
| 17 | •Daniel John McGarry<br>dmcgarry@swaimanlaw.com |
| 18 | •Marshall S. Meyers<br>ECF@attorneysforconsumers.com,mmeyers@attorneysforconsumers.com |
| 19 | •Cassandra P. Miller<br>cmiller@edcombs.com |
| 20 | |
| 21 | •Rodney Eugene Miller<br>rem@mmlaw.net |
| 22 | •David P. Mitchell<br>DMitchell@mitchellconsumerlaw.com |
| 23 | •Clayton S. Morrow<br>cmorrow@allconsumerlaw.com |
| 24 | •Robert W. Murphy<br>rphyu@aol.com |
| 25 | |
| 26 | •Marilyn C. Naiman-Kohn<br>mnk@simanlaw.net |
| 27 | •Tearsa Storms Olson<br>tolson@attorneysforconsumers.com |
| 28 | •Victoria Lea Orze |

Certificate of Service

1. vorze@dickinsonwright.com
2. •Ethan G. Ostroff
ethan.ostroff@troutmansanders.com
3. •Scott David Owens
4. scott@scottdowens.com,patrick@scottdowens.com,don@scottdowens.com,shannon@scottdowens.com
5. •David C. Parisi
dparisi@parisihavens.com,dcparisi@msn.com
6. •Benjamin A. Parker
bparker@bushlaw.com,benparker416@gmail.com
7. •David George Peltan
8. davidpeltan@peltanlaw.com
9. •Craig K Perry
info@1stoplawfirm.com
10. •Julie A. Petrik
julie@michiganconsumerlaw.com
11. •Emily J Prentice
emily.prentice@kattenlaw.com
12. •Ethan Mark Preston
13. ep@eplaw.us
14. •Jim Gerhart Price
lawofficesofjgp@sbcglobal.net
15. •Yechezkel Rodal
chezky@floridaloanlawyers.com
16. •David M. Schultz
17. dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,jweller@hinshawlaw.com,izielinski@hinshawlaw.com
18. •Nathan Andrew Searles
NASEARLES@PORTFOLIORECOVERY.COM,arundquist@lrlo.com,kuhamilton@portfoliorecovery.com
19. •Craig M. Shapiro
20. cshapiro@keoghlaw.com
21. •Robert E. Sickles
rsickles@hinshawlaw.com
22. •Steven A. Siman
sas@simanlaw.net
23. •George R. Smith , Jr
g.smith1961@att.net
24. •Timothy J. Sostrin
25. TSostrin@KeoghLaw.com
26. •Robert Franklin Springfield
fspringf@burr.com
27. •Davidde A. Stella
dstella@kerr-russell.com
28. •James Matthew Stephens

1  mstephens@mmlaw.net

2  •Max Story
   max@maxstorylaw.com

3  •Amad Tayseer Sulaiman, First
   ahmad.sulaiman@sulaimanlaw.com

4
5  •Joshua Swigart
   josh@westcoastlitigation.com,hydeswigart@pacernotice.com,ecf@westcoastlitigation.com

6  •Nicholas Wayne Tedford
   ntedford@craigzlaw.com

7  •Russell Snow Thompson , IV
   rthompson@attorneysforconsumers.com

8  •Jeffrey Alan Topor
   jtopor@snllp.com,ccogbill@snllp.com

9
10 •Katherine Hannah Tresley
   ktresley@hinshawlaw.com

11 •Joshua Trigsted
   jtrigsted@attorneysforconsumers.com

12 •Henry A. Turner
   hturner@tloffices.com,awallace@tloffices.com

13 •Mark L Vavreck
   mvavreck@mgvlawfirm.com

14
15 •Andrew T. Velonis
   andrewv@wzlaw.org

16 •Alexander S. Vesselinovitch
   avesselinovitch@kattenlaw.com

17 •Michael J. Vitoria
   mvitoria@forthepeople.com

18 •Lisa R. Wilcox
   lwilcox@wilcoxlawpa.com

19
20 •Steven R. Zahn
   szahn@portfoliorecovery.com

21      Defendant Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern's

22 Fed.R.Civ.P. Rule 5.1 Notice to the United States Attorney General of Its Constitutional

23 Challenge to the Telephone Consumer Protection Act of 1991 and this Certificate of Service were

24
25 also served upon the parties below by causing a copy of the same to be placed in the United States

26 Mail, postage prepaid, and sent to their last known address as follows:

27 Craig Cunningham
   5543 Edmondson Pike
28 Suite 248

Certificate of Service
                                    - 7 -                        Case No. 3:11-md-02295
86073168.1

1 | Nashville, TN 37211

2 | Jarrett R. Jenkins
3 | 334 Locust St
  | Apt 1
  | West Hempstead, NY 11552

4 | Ross A. Miller
5 | P.O. Box 12433
  | Richmond, VA  23241

6 | Lee Arthur Momient
  | P.O. Box 608082
  | Chicago, IL 60660

7 | Jeffrey J Morales
8 | 6173 Nightingale Street
  | Dearborn Heights, MI 48127

9 | Darren Neese
10 | 3017 Wild Pepper Ave.
   | Deltona, FL 32725

11 | Deon Thomas
   | 14626 Red Gum Street
   | Moreno Valley, CA 92555

13 | Dated:  August 14, 2015        ROBINS KAPLAN LLP

14 |                                 By   s/Jennifer M. Robbins

15 | Christopher W. Madel, MN Reg. No. 230297
   | Jennifer M. Robbins, MN Reg. No. 387745
16 | Matthew J.M. Pelikan, MN Reg. No. 393065

17 | 800 LaSalle Avenue
   | Suite 2800
18 | Minneapolis, MN 55402-2015
   | Phone: (612) 349-8500
   | Fax: (612) 339-4181
19 | CMadel@RobinsKaplan.com
   | JRobbins@RobinsKaplan.com
20 | MPelikan@RobinsKaplan.com

21 | *Attorneys for Defendants*
   | *Portfolio Recovery Associates, LLC,*
   | *PRA Group, Inc., and Neal Stern*

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS