**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile:  310-229-5800
mgeibelson@robinskaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Matthew J.M. Pelikan, MN Reg. No. 393065
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile:  612-339-4181
cmadel@robinskaplan.com
jrobbins@robinskaplan.com
mpelikan@robinskaplan.com

*Attorneys for Defendants*
*Portfolio Recovery Associates, LLC, PRA*
*Group, Inc., and Neal Stern*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

Defendants Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern hereby withdraw Document No. 276, Notice of Withdrawal of Julia V. Lee as Counsel, electronically filed on August 13, 2015.

| | |
|---|---|
| DATED:  August 14, 2015 | By:  *s/Jennifer M. Robbins* |
| | |
| | Christopher W. Madel, MN Reg. No. 230297 |
| | (pro hac vice) |
| | Jennifer M. Robbins, MN Reg. No. 387745 |
| | (pro hac vice) |
| | Matthew J.M. Pelikan, MN Reg. No. 393065 |
| | (pro hac vice) |
| | |
| | ROBINS KAPLAN LLP |
| | 800 LaSalle Avenue |
| | Suite 2800 |
| | Minneapolis, MN 55402 |
| | Telephone:   612-349-8500 |
| | Facsimile:   612-339-4181 |
| | CMadel@RobinsKaplan.com |
| | JRobbins@RobinsKaplan.com |
| | MPelikan@RobinsKaplan.com |
| | |
| | Michael A. Geibelson, Bar No. 179970 |
| | ROBINS KAPLAN LLP |
| | 2049 Century Park East, Suite 3400 |
| | Los Angeles, CA 90067-3208 |
| | Telephone:   310-552-0130 |
| | Facsimile:   310-229-5800 |
| | MGeibelson@RobinsKaplan.com |
| | |
| | *Attorneys for Defendants* |
| | *Portfolio Recovery Associates, LLC, PRA Group, Inc., and Neal Stern* |

**CERTIFICATE OF SERVICE**

I, Jennifer M. Robbins, counsel for Defendants, hereby certify that service of the foregoing Notice of Withdrawal was filed electronically and sent via e-mail through the CM/ECF system to the following:

- Amanda Allen
  aallen@forthepeople.com
- Rex C. Anderson
  mied@rexandersonpc.com
- Seth Andrews
  sandrews@kennethhiller.com
- David N. Anthony
  david.anthony@troutmansanders.com
- Mauricio Arcadier
  office@wamalaw.com,arcadier@wamalaw.com
- Michael Ronald Ayers
  mayers@hinshawlaw.com
- Randy Aoyama
  raoyama@hinshawlaw.com
- Paul Mathew Bach
  paul@bachoffices.com
- Mohammed Omar Badwan
  mbadwan@sulaimanlaw.com
- Avanti Deepak Bakane
  abakane@hinshawlaw.com
- Suzanne Havens Beckman
  shavens@parisihavens.com
- Brian Lewis Bromberg
  brian@bromberglawoffice.com,mike@bromberglawoffice.com,brian.bromberg@gmail.com
- Lauren M Burnette
  lmburnette@mdwcg.com
- Floyd W. Bybee
  Floyd@bybeelaw.com
- Douglas J Campion
  doug@djcampion.com
- Penny Hays Cauley
  phc917@hayscauley.com
- Gus M Centrone
  gcentrone@centroneshrader.com
- Hyung Sik Choi
  hyung@choiandfabian.com

Notice of Withdrawal — - 3 - — Case No. 3:11-md-02295

- Jennifer M Spiegel Colson
  jcolson@jennifercolsonpa.com
- Cathleen M. Combs
  ccombs@edcombs.com
- Timothy Condon
  tim@timcondon.net
- Lindsey A.L. Conley
  lconley@hinshawlaw.com
- Edward C. Cutlip , Jr
  ecutlip@kerr-russell.com
- James Lee Davidson
  jdavidson@mgjdlaw.com
- Deirdre O. Dexter
  dexter@barrowgrimm.com
- Thomas R. Dominczyk
  trd@mnlawpc.com
- Holly Elizabeth Dowd
  hollyedowd@yahoo.com
- John Paul Dubbeld
  jdubbeld@dispartilaw.com
- Chad Vinson Echols
  chad.echols@theecholsfirm.com
- Daniel A. Edelman
  dedelman@edcombs.com,courtecl@edcombs.com
- Caren D. Enloe
  cenloe@smithdebnamlaw.com,jroach@smithdebnamlaw.com
- Veronika Fabian
  veronika@choiandfabian.com
- Barbara Fernandez
  bfernandez@hinshawlaw.com
- Paul R. Fowkes
  pfowkes@DFlawfirm.com
- Brett Freeman
  bfecf@bankruptcypa.com
- Rachel R Friedman
  rfriedman@burr.com
- William John Gadd
  wjg@mazgadd.com
- James Patrick Galvin
  james@twbglaw.com
- Joseph P Garin
  nvecf@lipsonneilson.com

1. •Amy Lynn Bennecoff Ginsburg
aginsburg@creditlaw.com,teamkimmel@creditlaw.com
2. •Tara Leigh Goodwin
tgoodwin@edcombs.com
3. •Jessica A Green
jgreen@lipsonneilson.com
4. •Francis Richard Greene
fgreene@edcombs.com,courtecl@edcombs.com
5. •Michael Lewis Greenwald
mgreenwald@gdrlawfirm.com,jdavidson@gdrlawfirm.com,aradbil@gdrlawfirm.com
6. •Paul K. Guibao
pguibao@attorneysforconsumers.com,pguibao@gmail.com,ecf@attorneysforconsumers.com
7. •Rami Nicola Haddad
rnhaddad@portfoliorecovery.com
8. •David Palmer Hartnett
dhartnett@hinshawlaw.com
9. •Ryan Christopher Hasanbasic
ryan@dispartilaw.com
10. •Brandon S. Hays
bhays@mmlaw.net
11. •Brian J. Headley
bjheadley@yahoo.com
12. •Patrick J Helwig
phelwig@lawpoint.com
13. •Adam Theodore Hill
ahill@consumerlawcenter.com
14. •Samuel M. Hill
sam@samhilllaw.com,pamg@samhilllaw.com
15. •Shireen Hormozdi
shormozdi@consumerlawcenter.com
16. •Nathan L. Horton
nhorton@portfoliorecovery.com
17. •William Peerce Howard
whoward@forthepeople.com
18. •Matthew J. Kalmanson
mjk@hartwagner.com
19. •Abbas Kazerounian
ak@kazlg.com,abbas.kazerooni@gmail.com
20. •Keith James Keogh
Keith@Keoghlaw.com,MSeckel@Keoghlaw.com
21. •Thomas Lash
tlash@lashandwilcox.com
22. •James O. Latturner
jlatturner@edcombs.com,courtecl@edcombs.com

Robins Kaplan LLP
Attorneys At Law
Minneapolis

- Jared Michael Lee
  jlee@forthepeople.com
- Ryan Lee
  rlee@consumerlawcenter.com,courtfiling@consumerlawcenter.com,akrohn@consumerlawcenter.com
- Alan Daniel Leeth
  aleeth@burr.com,sfoshee@burr.com
- David Leibowitz
  dleibowitz@uprightlaw.com
- Sergei Lemberg
  slemberg@lemberglaw.com
- Ryan S. Lett
  rlett@fbtlaw.com
- David B. Levin
  dlevin@uprightlaw.com
- Donald S. Litman
  PA_Law2@yahoo.com
- Bret Leon Lusskin , Jr
  blusskin@lusskinlaw.com
- Ian B. Lyngklip
  ian@michiganconsumerlaw.com
- Robbie L Malone
  rmalone@rmalonelaw.com
- Ari Hillel Marcus
  arimarcus2@gmail.com
- Ainat Natalie Margalit
  ainat.margalit@gmail.com
- Eugene Xerxes Martin , IV
  xmartin@rmalonelaw.com
- David Andrew Maxfield
  dave@consumerlawsc.com
- Liana Mayilyan
  lmayilyan@snllp.com,ccogbill@snllp.com
- Daniel John McGarry
  dmcgarry@swaimanlaw.com
- Marshall S. Meyers
  ECF@attorneysforconsumers.com,mmeyers@attorneysforconsumers.com
- Cassandra P. Miller
  cmiller@edcombs.com
- Rodney Eugene Miller
  rem@mmlaw.net
- David P. Mitchell
  DMitchell@mitchellconsumerlaw.com

1. •Clayton S. Morrow
cmorrow@allconsumerlaw.com

2. •Robert W. Murphy
rphyu@aol.com

3. 

4. •Marilyn C. Naiman-Kohn
mnk@simanlaw.net

5. •Tearsa Storms Olson
tolson@attorneysforconsumers.com

6. •Victoria Lea Orze
vorze@dickinsonwright.com

7. •Ethan G. Ostroff
ethan.ostroff@troutmansanders.com

8. 

9. •Scott David Owens
scott@scottdowens.com,patrick@scottdowens.com,don@scottdowens.com,shannon@scottdowens.com

10. 

11. •David C. Parisi
dparisi@parisihavens.com,dcparisi@msn.com

12. •Benjamin A. Parker
bparker@bushlaw.com,benparker416@gmail.com

13. •David George Peltan
davidpeltan@peltanlaw.com

14. •Craig K Perry
info@1stoplawfirm.com

15. 

16. •Julie A. Petrik
julie@michiganconsumerlaw.com

17. •Vicki Piontek
vicki.piontek@gmail.com

18. •Emily J Prentice
emily.prentice@kattenlaw.com

19. •Ethan Mark Preston
ep@eplaw.us

20. 

21. •Jim Gerhart Price
lawofficesofjgp@sbcglobal.net

22. •Yechezkel Rodal
chezky@floridaloanlawyers.com

23. •Sharina Talbot Romano
stromano@portfoliorecovery.com

24. •Ahmad Tayseer Salaiman
ahmad.salaiman@swaimanlaw.com

25. 

26. •David M. Schultz
dschultz@hinshawlaw.com,courtfiling@hinshawlaw.com,jweller@hinshawlaw.com,izielinski@hinshawlaw.com

27. •Nathan Andrew Searles
NASEARLES@PORTFOLIORECOVERY.COM,arundquist@lrlo.com,kuhamilton@portfoliorecovery.com

28. 

Notice of Withdrawal

- 7 -

Case No. 3:11-md-02295

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

1. - Craig M. Shapiro
    cshapiro@keoghlaw.com
2. - Robert E. Sickles
    rsickles@hinshawlaw.com
3. 
4. - Steven A. Siman
    sas@simanlaw.net
5. - George R. Smith , Jr
    g.smith1961@att.net
6. - Timothy J. Sostrin
    TSostrin@KeoghLaw.com
7. - Robert Franklin Springfield
    fspringf@burr.com
8. 
9. - Davidde A. Stella
    dstella@kerr-russell.com
10. - James Matthew Stephens
     mstephens@mmlaw.net
11. - Max Story
     max@maxstorylaw.com
12. - Ahmad Tayseer Sulaiman, First
     ahmad.sulaiman@sulaimanlaw.com
13. 
14. - Joshua Swigart
     josh@westcoastlitigation.com,hydeswigart@pacernotice.com,ecf@westcoastlitigation.com
15. - Nicholas Wayne Tedford
     ntedford@craigzlaw.com
16. 
17. - Russell Snow Thompson , IV
     rthompson@attorneysforconsumers.com
18. - Jeffrey Alan Topor
     jtopor@snllp.com,ccogbill@snllp.com
19. - Katherine Hannah Tresley
     ktresley@hinshawlaw.com
20. - Joshua Trigsted
     jtrigsted@attorneysforconsumers.com
21. 
22. - Henry A. Turner
     hturner@tloffices.com,awallace@tloffices.com
23. - Mark L Vavreck
     mvavreck@mgvlawfirm.com
24. - Andrew T. Velonis
     andrewv@wzlaw.org
25. - Alexander S. Vesselinovitch
     avesselinovitch@kattenlaw.com
26. 
27. - Michael J. Vitoria
     mvitoria@forthepeople.com
28. - Lisa R. Wilcox
     lwilcox@wilcoxlawpa.com

•Steven R. Zahn
szahn@portfoliorecovery.com

The foregoing document was also served upon the parties below by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Craig Cunningham
5543 Edmondson Pike
Suite 248
Nashville, TN 37211

Jarrett R. Jenkins
334 Locust St
Apt 1
West Hempstead, NY 11552

Ross A. Miller
P.O. Box 12433
Richmond, VA 23241

Lee Arthur Momient
P.O. Box 608082
Chicago, IL 60660

Jeffrey J Morales
6173 Nightingale Street
Dearborn Heights, MI 48127

Darren Neese
3017 Wild Pepper Ave.
Deltona, FL 32725

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Ross A. Miller
P.O. Box 12433
Richmond, VA 23241

Dated: August 14, 2015          ROBINS KAPLAN LLP

                                By  *s/Jennifer M. Robbins*                .
                                Christopher W. Madel, MN Reg. No. 230297
                                Jennifer M. Robbins, MN Reg. No. 387745
                                Matthew J.M. Pelikan, MN Reg. No. 393065

|     | |
| --- | --- |
| 1   | 800 LaSalle Avenue |
| 2   | Suite 2800<br>Minneapolis, MN 55402-2015 |
| 3   | Phone: (612) 349-8500<br>Fax: (612) 339-4181 |
| 4   | CMadel@RobinsKaplan.com<br>JRobbins@RobinsKaplan.com<br>MPelikan@RobinsKaplan.com |

*Attorneys for Defendants
Portfolio Recovery Associates, LLC, Portfolio Group, Inc. and Neal Stern*

86075511.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS