UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Civil No.   11-md-2295-JAH (BGS) **ORDER** |

Interim Co-Lead Class Counsel for Plaintiffs Jeremy Frydman, John Howard, Sam Marin, Jesse Meyer, Frederick L. Jury and Danny Allen, ("Plaintiffs") individually and on behalf of the class of persons they seek to represent, and Counsel for Defendants Portfolio Recovery Associates, and PRA Group, Inc., ("PRA") have notified the Court that they have agreed to seek approval of a class action settlement and release of Plaintiffs' individual and class claims. Accordingly, a motion for preliminary approval of class settlement shall be **FILED** with District Judge John A. Houston on or before **April 18, 2016.** Counsel is hereby advised that the parties must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one judge to another. Please plan accordingly.

Plaintiffs' Class Counsel and counsel for PRA are permitted to conduct limited confirmatory discovery up to **March 18, 2016** in preparation for the filing of the motion for preliminary approval of class settlement. This discovery shall be limited to issues

relevant to class settlement.

**All other discovery is HEREBY STAYED** in this case pending the District Court's approval of the Class Action settlement.

**IT IS SO ORDERED.**

DATED: January 12, 2016

Hon. Bernard G. Skomal
U.S. Magistrate Judge
United States District Court

2