DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:    925-516-4058
EMAIL:  deltalawgroup@yahoo.com

Attorneys for Plaintiffs
GARY CONTRERAS &
ROSEMARY CONTRERAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH-(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal |
| GARY CONTRERAS & ROSEMARY CONTRERAS, husband and wife,<br><br>    Plaintiffs,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | THIS DOCUMENT RELATES TO:<br>Case No.  3:15-cv-00104-JSC<br>(Contreras)<br><br>**JOINT MOTION TO DISMISS FOURTH CAUSE OF ACTION FOR VIOLATION OF TELEPHONE CONSUMER PROTECTION ACT AND FOR ISSUANCE OF A SUGGESTION FOR REMAND TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO REMAND THE CASE TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; PROPOSED ORDER** |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate to dismiss the Fourth Cause of Action for Violation of Telephone Consumer Protection Act. with prejudice.

The parties further request that this Court issue a suggestion to the Judicial Panel on Multidistrict litigation (hereinafter "MDL Panel") to remand this case to the United States District Court, Northern District of California.  Since the Telephone Consumer Protection Act is being dismissed, this case will no longer benefit from further coordinated proceedings.

DATED:  February 5, 2016          DELTA LAW GROUP

                                  /s/ Jim G. Price
                              BY:_____
                                  JIM G. PRICE
                                  Attorneys for Plaintiffs
                                  GARY CONTRERAS & ROSEMARY
                                  CONTRERAS
                                  email:  deltalawgroup@yahoo.com


DATED:  February 5, 2016          PRA GROUP
                                  OFFICE OF GENERAL COUNSEL

                                  /s/ Nathan A. Searles
                              BY:_____
                                  NATHAN A. SEARLES
                                  Attorney for Defendant
                                  Email:  nasearles@portfoliorecovery.com

2