1

**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2  Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
3  Los Angeles, CA 90067-3208
Telephone:      310-552-0130
4  Facsimile:      310-229-5800
*MGeibelson@RobinsKaplan.com*
5  *JLee@RobinsKaplan.com*

6  Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
7  Matthew J.M. Pelikan, MN Reg. No. 393065
Cassandra B. Merrick, MN Reg. No. 396372
8  800 LaSalle Avenue
Suite 2800
9  Minneapolis, MN 55402
Telephone:      612-349-8500
10  Facsimile:      612-339-4181
*CMadel@RobinsKaplan.com*
11  *JRobbins@RobinsKaplan.com*
*MPelikan@RobinsKaplan.com*
12
*Attorneys for Defendants Portfolio Recovery*
13  *Associates, LLC , PRA Group, Inc. and Neal Stern*

14                  **UNITED STATES DISTRICT COURT**

15              **SOUTHERN DISTRICT OF CALIFORNIA**

16  **IN RE: PORTFOLIO RECOVERY**              Case No. 3:11-md-02295-JAH(BGS)
**ASSOCIATES, LLC, TELEPHONE**
17  **CONSUMER PROTECTION ACT**                Hon. John A. Houston
**LITIGATION**                             Hon. Bernard G. Skomal
18

19                                             THIS DOCUMENT RELATES TO:
All Member Cases
20

21                                             **NOTICE OF CHANGE OF NAME**

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

1

### NOTICE OF CHANGE OF NAME

2   PLEASE TAKE NOTICE that Cassandra M. Batchelder hereby submits this notice

3 to inform you that her name is now Cassandra B. Merrick, effective immediately.  Her

4 email address has been updated via CM/ECF utilities.

5   Please update your records to reflect this change.

6

7 Dated: June 6, 2016                                Respectfully submitted,

8

9                                                   ROBINS KAPLAN LLP

10

11

12 By:   s/Cassandra B. Merrick
          Cassandra B. Merrick (*admitted pro hac vice*)

13

14 2800 LaSalle Plaza
   800 LaSalle Avenue
15 Minneapolis, MN 55402
   Telephone: (612) 349-8500
16 *cmerrick@robinskaplan.com*

17 *Attorney for Defendant*
   *Portfolio Recovery Associates, LLC*
18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MINNEAPOLIS

# CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all attorneys of record.

Dated: June 6, 2016

Respectfully submitted,

ROBINS KAPLAN LLP


By:   *s/Cassandra B. Merrick*
Cassandra B. Merrick (*admitted pro hac vice*)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
*cmerrick@robinskaplan.com*

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*