UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH-BGS<br>THIS DOCUMENT RELATES TO: ALL MEMBER CASES<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**ORDER GRANTING REQUEST FOR DEFENDANTS TO TELEPHONICALLY PARTICIPATE IN THE SEPTEMBER 13, 2016 HEARING ON NATIONAL PLAINTIFFS' EMERGENCY MOTIONF OR A TEMPORARY RESTRAINING ORDER UNDER THE ALL WRITS ACT, 28 U.S.C. § 1651** |

This cause is before the Court on Request for Defendants to Telephonically Participate in the September 13, 2016 Hearing on National Plaintiffs' Emergency Motion for a Temporary Restraining Order Under the All Writs Act, 28 U.S.C. § 1651.

IT IS ORDERED that:

Christopher W. Madel and Jennifer M Robbins may participate by telephone in the September 13, 2016 Hearing on National Plaintiffs' Emergency Motion for a Temporary Restraining Order Under the All Writs Act, 28 U.S.C. § 1651.

DATED: September 12, 2016

_____
Judge John A. Houston
United States District Judge