**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800
MGeibelson@RobinsKaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Cassandra B. Merrick, MN No. 396372
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
CMerrick@RobinsKaplan.com

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>THIS DOCUMENT RELATES TO:<br> No. 1:16-cv-01985-AT-RGV (*Mayo*)<br><br>**NOTICE OF SETTLEMENT AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC** |

Plaintiff, Robert Mayo, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Portfolio Recovery Associates, LLC ("PRA"). Plaintiff and PRA anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to PRA. Accordingly, Plaintiff respectfully submits that this obviates the need for PRA to

1 file an answer, participate in the Rule 26(f) conference, or make any other Court required
2 filings prior to dismissal.[1]

3

4 October 17, 2016    **BERRY & ASSOCIATES**

5
        By: *s/Paul Sieg*
6           Paul Sieg (Georgia Bar No. 334182
        2751 Buford Highway, Suite 600
7       Atlanta, GA 30324
        Telephone: (404) 235-3305
8       Facsimile: (678) 335-5692

9       *Attorney for Plaintiff Robert Mayo*

10

11 October 17, 2016    **ROBINS KAPLAN LLP**
        By: *s/Jennifer M. Robbins*
12      Christopher W. Madel, MN Reg. No. 230297
        Jennifer M. Robbins, MN Reg. No. 387745
13      Cassandra B. Merrick, MN Reg. No. 396372

14      800 LaSalle Avenue
        Suite 2800
15      Minneapolis, MN 55402
        Telephone:  612-349-8500
        Facsimile:   612-339-4181
16
        CMadel@RobinsKaplan.com
17      JRobbins@RobinsKaplan.com
        CMerrick@RobinsKaplan.com
18

19      and

20      Michael A. Geibelson, Bar No. 179970
        2049 Century Park East, Suite 3400
21      Los Angeles, CA 90067-3208
        Telephone:  310-552-0130
22      Facsimile:   310-229-5800
        MGeibelson@RobinsKaplan.com
23
        *Attorneys for Defendant*
24      *Portfolio Recovery Associates, LLC*

25

26

27
---
[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will
28 timely notify the Court.