**IN THE UNITED STATES DISTRICT COURT FOR**

**THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | No. 11-md-02295-JAH-BGS<br><br>Member cases:<br>   All member cases<br><br>**ORDER GRANTING NATIONAL PLAINTIFFS' EX PARTE MOTION TO EXTEND INJUNCTION AGAINST TURNER PLAINTIFFS AND OTHERS UNTIL SUCH TIME AS NATIONAL PLAINTIFFS CAN BE HEARD ON THEIR ANTICIPATED MOTION TO MAKE THE INJUNCTION PERMANENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court heard Plaintiffs Jeremy Frydman, John Howard, Sam Marin, Jesse Meyer, Frederick L. Jury, and Danny Allen (collectively, "National Plaintiffs") Ex Parte Motion to Extend Injunction against Turner Plaintiffs and Others Until Such Time as National Plaintiffs Can Be Heard on Their Anticipated Motion to Make the Injunction Permanent" ("the Motion").

   Good cause appearing, IT IS HEREBY ORDERED any person who receives

actual notice of this order is enjoined from bringing or maintaining any lawsuit or claim against Ethan Preston and Preston Law Offices and James O. Latturner and Edelman, Combs, Latturner & Goodwin, LLC ("Class Counsel") regarding their representation of the Class or their performance in or conduct of the litigation in the above-captioned case in any court except this Court until January 23, 2017 or until further order of the Court.

The Court finds that this order is necessary to protect and effect its judgments. 28 U.S.C. § 2283. *Sandpiper Vill. Condo. Ass'n., Inc. v. Louisiana-Pac. Corp.*, 428 F.3d 831, 847-48 (9th Cir. 2005).

IT IS SO ORDERED.

Date:  December 5, 2016

The Honorable Judge John A. Houston
United States District Court for the
Southern District of California