James O. Latturner
EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Email:  info@edcombs.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVEDRY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 11-md-2295-JAH-BGS)<br>Member cases: All member cases<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>**NATIONAL PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION UNDER THE ALL WRITS ACT, 28 U.S.C. § 1651**<br><br><br>Date: January 23, 2017<br>Time: 2:30 p.m.<br>Courtroom:13B<br>Judge John A. Houston |

CERTIFICATE OF SERVICE FOR MOTION
FOR PERMANENT INJUNCTION

I, Francis R. Greene, hereby certify that, on November 9, 2016, service of the following documents was effected on all counsel of record when I caused them to be filed with the Court's electronic filing (CM/ECF) system:

(1)   **NATIONAL PLAINTIFFS' MOTION FOR A PERMANENT INJUNCTION UNDER THE ALL WRITS ACT, 28 U.S.C. § 1651**

(2)   **CERTIFICATE OF SERVICE**

<u>/s/ Francis R. Greene</u>
Francis R. Greene