**ROBINS KAPLAN LLP**
Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800
MGeibelson@RobinsKaplan.com

Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Cassandra B. Merrick, MN No. 396372
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
CMerrick@RobinsKaplan.com

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No. 3:11-md-02295-JAH(BGS)<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>THIS DOCUMENT RELATES TO:<br>   No. 1:16-cv-25096-CMA (S.D. Fla.)<br>   (*Antoine Cutler v. Portfolio Recovery Associates, LLC*)<br><br>**NOTICE OF SETTLEMENT AS TO PORTFOLIO RECOVERY ASSOCIATES, LLC** |

Plaintiff, Antoine Cutler, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant, Portfolio Recovery Associates, LLC ("PRA"). Plaintiff and PRA anticipate needing approximately 45 days to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to PRA. Accordingly, Plaintiff respectfully submits that this obviates the need for PRA to

file an answer, participate in the Rule 26(f) conference, or make any other Court required filings prior to dismissal.[1]

December 27, 2016         **STEPHEN J. BAGGE, P.A.**

By: *s/Stephen James Bagge*
Stephen James Bagge (Fla. Bar No. _____)

3902 Henderson Blvd.
Suite 208-30
Tampa, FL 33629
Telephone: (813) 250-0511
Facsimile: (813) 250-0511
sbagge@cfjblaw.com

*Attorney for Plaintiff Antoine Cutler*

December 27, 2016         **ROBINS KAPLAN LLP**
By: *s/Jennifer M. Robbins*
Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Cassandra B. Merrick, MN Reg. No. 396372

800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone:  612-349-8500
Facsimile:   612-339-4181
CMadel@RobinsKaplan.com
JRobbins@RobinsKaplan.com
CMerrick@RobinsKaplan.com

and

Michael A. Geibelson, Bar No. 179970
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  310-552-0130
Facsimile:   310-229-5800
MGeibelson@RobinsKaplan.com

*Attorneys for Defendant*
*Portfolio Recovery Associates, LLC \*

87209245.1

---

[1] If, however, the settlement is not concluded within the next 45 days, Plaintiff will timely notify the Court.