UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.:  11md02295 JAH - BGS<br><br>Member cases:<br>    All member cases<br><br>**ORDER SETTING STATUS CONFERENCE** |
|---|---|

On the Court's own motion, IT IS HEREBY ORDERED:

1.    The parties shall appear before this Court on **March 9, 2017 at 10:30 a.m.** for a status conference;

2    The parties shall file a joint status report addressing the current status of the action, including which member cases remain following the settlement, **on or before February 28, 2017**.

DATED:    January 25, 2017

_____
JOHN A. HOUSTON
United States District Judge