UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE PORTFOLIO RECOVERY
ASSOCIATES, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No.:  11md02295 JAH - BGS

Member cases:
    All member cases

**ORDER GRANTING PLAINTIFF
CUNNINGHAM'S MOTION TO
APPEAR  AT STATUS
CONFERENCE BY TELEPHONE
[Doc. No. 516]**

Upon the motion of Plaintiff Craig Cunningham, *pro* se litigant, seeking leave to appear at the March 9, 2017 status conference by telephone, IT IS HEREBY ORDERED Plaintiff's motion is **GRANTED**.  Plaintiff Cunningham is permitted to appear at the status conference by telephone.

DATED:    February 28, 2017

_____
JOHN A. HOUSTON
United States District Judge

1