UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT** | Case No. 3:11-md-02295-JAH-BGS<br><br>THIS DOCUMENT RELATES TO: ALL MEMBER CASES<br><br>No. 3:16-cv-02124-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**ORDER GRANTING REQUEST TO TELEPHONICALLY PARTICIPATE IN THE MARCH 9, 2017 STATUS CONFERENCE [Doc. No. 536]** |

This cause is before the Court on Attorney Nathan D. Sturcyz's Request to Telephonically Participate in the March 9, 2017 Status Conference.

IT IS ORDERED that Nathan D. Sturycz may participate by telephone in the March 9, 2017 Status Conference.

DATED: March 6, 2017

_____
JOHN A. HOUSTON
United States District Judge

1