# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION<br><br>**This Document Relates to all Member Cases** | Case No. 11md02295-JAH-BGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DEADLINES** |

The Joint Motion to Extend Discovery Deadlines is GRANTED. The deadline to complete fact discovery is extended from October 27, 2017 to **November 24, 2017**. All fact discovery must be completed by **November 24, 2017**. No other dates in the June 29, 2017 Case Management Order are extended.

**IT IS SO ORDERED.**

Dated: October 16, 2017

Hon. Bernard G. Skomal
United States Magistrate Judge

11MD02295-JAH-BGS