ATTEN:
U.S. DISTRICT CLERK

(11md2295-JAH(BGS)) ①

Case # 11-MD-2295-JAH-BGS
THE UNITED STATES District Court
OF THE SOUTHERN DISTRICT OF
CALIFORIA
333 WEST BROADWAY COURTROOM 13B
SAN DIEGO, CALIFORIA, 92101

Class Member # PRY-1528268300| 5282013

Greetings to you,
On are about Jun-July 2016 I recieved a postcard From TCPA LITIGATION
RE: IN re Portfolio Recovery Associates, LLC
P.O. Box 43421
Providence, RI 02940-3421
On Me being a Class Member in a Class action Lawsuit Filed: I wrote a letter to the above address on August 17, 2016 requesting a claims form so I could file my Claim. When I didn't recieve a Answer by September 1, 2016 I wrote the Attorneys in this Case representing the Class Members at Ethan Preston And Preston Law Offices
4054 McKinney Ave.
Dallas, TEXAS 75204
Still I waited and No Answer From the Above Attorneys in this case!!!
(CC. File Copy)
(Next Page)

(d.)

on Oct. 1, 2016 I wrote a letter to your DISTRICT COURT requesting help in obtaining a claims form to file before the deadline of October 26, 2016... I didn't recieve a answer to my letter... Time passed and I recieved a claims form from TCPA Litigation - P.O. Box 43421 - Providence, RI 02940-3421
NOTE: U.S. Postage Stamp Dated Nov. 02, 2016 - From zip code - 34901 #0001379968. I sent this claims form back late because TCPA Litigation on Purpose, Deliberately - sent it to me late because I am Incarcerated... I sent this form in on or about Nov. 3, 2016 Due to these actions I feel I have been DISCRIMINATED AGAINST because I'm a OFFENDER INCARCERATED in THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE... Please Respond to this letter, I NEED TO KNOW if my claim was filed and Accepted by your Court and THE STATUS of this Case...

(CC. File Copy) Pending

③

I look forward to hearing from you real soon, Thank you so much for your time in this matter....

Respectfully Submitted,

October 18, 2017

MARK A. PRIEST # 1710795
Claim # PRY-15822683001- 5282013
ALLAN B. POLUNSKY UNIT (T.D.C.J.)
3872 F.M. 350 SOUTH
LIVINGSTON, TEXAS 77351

(C.C. FILE COPY)

THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORIA

CASE # 11-MD-2295-JAH-BGS

OCTOBER 18, 2017

I swear under the penality of perjury that all statements made in this statement is true and correct to the best of my knowledge....

Respectfully Submitted,

Mark A. Priest #1710795
ALLAN B. Polunsky Unit (T.D.C.J.)
3872 F.M. 350 South
Livingston, Texas 77351

(C.C. FILE COPY)