# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION<br><br>**This Document Relates to all Member Cases** | Case No. 11md02295-JAH-BGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' OPPOSED MOTION TO EXTEND FACT DISCOERY, EXPERT WITNESS DISCOVERY, AND DISPOSITIVE MOTION DEADLINES**<br><br>[ECF 641] |

Plaintiffs' seek additional time to complete fact discovery as to Cyber City Teleservices ("CCT"), the expert discovery deadline, and the deadline to file dispositive motions. (ECF 641.) Plaintiffs argue they cannot complete this fact discovery because a third party has moved to quash Plaintiffs' subpoena and Plaintiffs need this fact discovery to complete expert discovery. (*Id.*) Defendant opposes any additional delays based on discovery that may not exist at all and at best, relates to fewer than 1% of calls to Plaintiffs. (ECF 642.) Defendant argues that Plaintiffs should immediately complete expert discovery, including provision of Plaintiffs' expert report and if the CCT discovery yields anything of consequence, Plaintiffs can supplement their expert report.

The Court **GRANTS in part and DENIES in part** Plaintiffs' Motion. The Court grants an extension of the deadlines as set forth below. The parties should proceed with expert discovery and completion of it by the deadline set below regardless of the status of the CCT discovery.  If Plaintiffs' obtain discovery related to the CCT calls, that discovery is necessary for Plaintiffs' expert report, and Plaintiffs have already produced their expert report, they may seek leave to supplement it.

The deadlines are extended as follows:

- CCT discovery[1] must be completed by **February 12, 2018;**
- The parties shall designate their respective experts in writing by **February 1, 2018**.  The date for exchange of rebuttal experts shall be by **February 12, 2018**.
- By **March 5, 2018**, each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.
- Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **March 19, 2018**.
- All expert discovery shall be completed by all parties by **March 26, 2018**
- Any dispositive motions are to be filed no later than **April 23, 2018**.

**IT IS SO ORDERED.**

Dated:  January 19, 2018

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] The deadline for completion of all other fact discovery has passed.