# Exhibit 5

Exhibit 5
Page 19



Page 1

1                    UNITED STATES DISTRICT COURT

              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

2

3     IN RE PORTFOLIO RECOVERY        ) Case No. 11md02295-JAH-BGS

      ASSOCIATES, LLC TELEPHONE       )

4     CONSUMER PROTECTION ACT         ) Hon. John A. Houston

      LITIGATION,                     ) Hon. Bernard G. Skomal

5                                     )

                                      )

6                                     )

      _____)

7

8

9

                    DEPOSITION OF ALEX DEMCZAK

10

11

                       March 26, 2018

12

                      Richmond, Virginia

13

14

15

16

17

18

19

20

21

22

23

24

25              Reported by:  Heather R. Gunn

Exhibit 5
Page 20

Page 2

```
 1              Deposition of ALEX DEMCZAK, taken by and before

 2      Heather R. Gunn, Notary Public in and for the Commonwealth

 3      of Virginia at large, pursuant to the Rules of Court, and by

 4      Notice to take deposition, commencing at 9:00 a.m., March

 5      26, 2018, at the law offices of Troutman Sanders LLP, 1001

 6      Haxall Point, Richmond, Virginia 23219.

 7

 8      Appearances:

 9              LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC

                By:  CHRIS MILTENBERGER, ESQ.,

10              1340 N. White Chapel, Suite 100

                Southlake, Texas 76092

11              attorney, co-counsel for the Plaintiffs

12

                MADEL PA

13              By:  JENNIFER ROBBINS, ESQ.,

14              By:  CASSANDRA MERRICK, ESQ.,

15              800 Pence Building

16              800 Hennepin Avenue

17              Minneapolis, Minnesota 55403

18              attorneys, co-counsel for the Defendant

19

20

21              TROUTMAN SANDERS

22              By:  JAMES TREFIL, ESQ.,

23              1001 Haxall Point

24              Richmond, Virginia 23219

25              attorney, co-counsel for the Defendant
```

Exhibit 5
Page 21

Page 19

```
 1      that don't deal in ATDSs, don't have an ATDS, would

 2      need to know if a number was a cell phone or a

 3      residential phone?

 4              MS. ROBBINS:  Objection, foundation.  Go

 5         ahead.

 6         A    Well, yeah, because of regulations.  If

 7      you're using a predictive dialer, you cannot call a

 8      cell phone with a predictive dialer.

 9      BY MR. MILTENBERGER:

10         Q    Well, you can't call a cell phone --

11         A    Without express written consent.

12         Q    Okay.  So, in your mind, a predictive

13      dialer is an ATDS; is that right?

14         A    No.

15         Q    Okay.  So can you not call the cell phone

16      with an ATDS or not call a cell phone with a

17      predictive dialer?

18         A    I would say you can't call a cell phone

19      with either.

20         Q    Is the Avaya Proactive Contact System a

21      predictive dialer?

22         A    It is.

23         Q    So you can't call a cell phone with an

24      Avaya Proactive Contact center or you would be

25      violating the law?
```

Exhibit 5
Page 22

Alex G. Demczak – March 26, 2018
Job No. 2853588

Page 26

| | |
|---|---|
| 1 | A    It's -- usually would be accidentally |
| 2 | because one of the things, unfortunately, in this |
| 3 | world, is you can have a landline today, get it |
| 4 | converted over to a cellular number -- forgive me |
| 5 | for going on about this -- but that's referred to as |
| 6 | being ported over and that porting can take time. |
| 7 | It's -- they're not required to |
| 8 | immediately say my landline is now with Verizon.  So |
| 9 | that time frame can still show up as a landline when |
| 10 | it's actually moved to cellular.  So in that |
| 11 | instance, there is this window where a cell phone |
| 12 | can be called when it's mistaken for a landline. |
| 13 | Q    But the Avaya Proactive Contact center, |
| 14 | the one that PRA used, it's got a field in it where |
| 15 | you could exclude cell phone numbers, correct? |
| 16 | A    That's correct. |
| 17 | Q    And if they use that field and they don't |
| 18 | call cell phone numbers, then using that would not |
| 19 | be a violation of the law, would it? |
| 20 | A    That would be correct, yes. |
| 21 | Q    But if they turn off that exclusion field |
| 22 | and cell phone numbers are called without |
| 23 | permission, that could be a violation of the law, |
| 24 | correct? |
| 25 | A    Yeah.  That would be corporate suicide, |

Exhibit 5
Page 23

Page 27

```
 1    but yes.
 2         Q     So the -- it's not the capabilities of the
 3    Avaya Proactive Contact center that make the
 4    difference; it's whether that field is toggled on or
 5    off, right?
 6              MS. ROBBINS:  Object to the form.
 7         A     That could be done.
 8    BY MR. MILTENBERGER:
 9         Q     I mean, the system doesn't know whether
10    it's on or off until you tell it but it can do
11    either one, can't it?
12         A     Yeah.   That would be career ending, but
13    sure.
14         Q     It would be career ending for a company --
15    for a person in a company to call cell phones with
16    the Avaya Proactive Contact center without consent,
17    correct?
18         A     I would surely think so.
19         Q     And you're not aware of whether PRA -- or
20    you think PRA didn't do that in this case, don't
21    you?
22         A     I believe that, yes.
23         Q     If they did, would that change your
24    opinions?
25              MS. ROBBINS:  Objection, calls for
```

Exhibit 5
Page 24

Page 28

1          speculation, lack of foundation.

2          A     Yeah, I -- yeah, I...

3    BY MR. MILTENBERGER:

4          Q     Let's just put a hypothetical out there:

5    If they did call cell phones with the Avaya

6    Proactive Contact center, would that change your

7    opinion?

8          A     Change my opinion in what way?  Based --

9          Q     Whether they violated the law.

10          MS. ROBBINS:  I'm going to object to the

11          extent that calls for a legal conclusion.

12          A     Yeah, I mean, I can't really sit in

13    judgment.  I would be I guess more than surprised

14    because of what I witnessed.

15    BY MR. MILTENBERGER:

16          Q     It would be, in your words, corporate

17    suicide, wouldn't it?

18          A     I would say so.  You don't buy the most

19    expensive piece of equipment in the world and misuse

20    it, which the Avaya Proactive Contact is the most

21    expensive predictive dialer in the world.

22          Q     But it gives you the option to call cell

23    phones, doesn't it?

24          MS. ROBBINS:  Object to the form.

25          A     Again, you know, it's kind of like your

Exhibit 5
Page 25

Alex C. Demczak – March 26 2018

Page 33

```
 1    dialer.  But there is a very distinctive difference
 2    between the two.  And I'm sorry about this, I know
 3    I'm kind of getting technical here.
 4          Q     I want to be technical with you.
 5          A     Okay.
 6          Q     I want to understand.
 7          A     But at the end of the day, because of --
 8    you know, now we are getting into capacity.  The
 9    Avaya predictive dialer, even though it is indeed a
10    predictive dialer, also has the ability to do what's
11    referred to as preview or manage dialing, and that
12    is where the screen is there and the agent would
13    literally have to hit a key to launch that call.
14    But because that system does indeed have the ability
15    to call predictively, it still is not permitted to
16    be utilized.
17          Q     Do you think PRA used the Avaya Proactive
18    Contact System in preview dialing?
19          A     No.
20          Q     They used where the system automatically
21    dialed, didn't they?
22                MS. ROBBINS:  Objection to the form.  Go
23          ahead.
24          A     Yeah, the call selections that I saw
25    showed that they strictly were using it in
```

Exhibit 5
Page 26

Page 34

1    **predictive mode and they had multiple groups of**

2    **agents that called manually.**

3    BY MR. MILTENBERGER:

4        Q    So how do you square your opinion in 53

5    that it wasn't an ATDS but using it to call cell

6    phones would be a violation of the law?  To be a

7    violation of the law, doesn't it have to be an ATDS?

8        A    No.

9             MS. ROBBINS:  Objection, asked and

10        answered.

11   BY MR. MILTENBERGER:

12       Q    Oh, it doesn't?

13       A    No, no, no.  Once again, a predictive --

14   any call launched with non-human intervention, okay,

15   whether it's an ATDS, a power dialer, a blast

16   dialer, anything that you want to refer to as a

17   system that can launch a call without human

18   intervention comes under that heading.

19       Q    Comes under the ATDS heading?

20       A    Or predictive dialer heading or ADAD

21   heading, which would be automatic dialing announcing

22   device.  There is a lot of different descriptions of

23   devices out there and I just want to be clear of

24   where the Avaya system sits in this world.  It would

25   be more an ADAD than it would be an ATDS.

Page 36

```
 1          calls for a legal conclusion.
 2          A    Yeah, again, as I stated before, the
 3     federal government has not been clear on what this
 4     equipment represents.  For me to call their system
 5     an ATDS takes it down another road which it is not.
 6     Okay.  This is not a system that will put outbound
 7     calls in obscenely long wait queues.
 8                    I am sure you've been a victim where
 9     you are saying hello multiple times only to finally
10     get a representative from India or a foreign country
11     that's trying to sell you something.  That is an
12     ATDS.
13                    What we are dealing with here in this
14     predictive dialing system is a system that when you
15     say hello, you are within a second connected to that
16     agent, they are talking to you.  There is -- you
17     know, we are talking about a system that costs
18     $25,000 versus a system that costs a million
19     dollars.
20     BY MR. MILTENBERGER:
21          Q    So are you saying whether it's an ATDS
22     depends on how good the system is?
23                    MS. ROBBINS:  Objection, calls for a legal
24          conclusion.
25          A    No, no, no, not at all.  You know, again,
```

Exhibit 5
Page 28

Alex G. Demczak - March 26, 2018

Page 50

```
 1    me saying hello and the agent coming on the line,
 2    correct?
 3         A    That's one of the issues, yeah.
 4         Q    And that's why you've testified -- or we
 5    have all sometimes picked up the phone -- let me
 6    rephrase.  That's why we have picked up the phone
 7    sometime and there is a five second lag where we say
 8    hello, hello, hello?
 9         A    Right.
10         Q    That's the cheap predictive dialer,
11    correct?
12         A    That's correct.
13         Q    The million dollar Avaya Proactive
14    attempts to minimize that lag, correct?
15         A    Absolutely.
16         Q    But they still do the same thing
17    dialer-wise, don't they?
18         A    No.
19         Q    Well, let me rephrase that.  Both those
20    dialers, the cheap dialer and the Avaya, still call
21    without an agent being on the line, correct?
22         A    Yes, and a Yugo and a Lamborghini will get
23    you to the 7-Eleven.
24         Q    That's a good analysis.
25         A    Okay.
```

Page 51

1      Q      You think the dialer that we all have the

2   ten second delay on is the Yugo, correct?

3      A      Absolutely.

4      Q      And the Avaya Proactive is the

5   Lamborghini, correct?

6      A      That would be correct.

7      Q      And both of those systems got you to the

8   7-Eleven, didn't they?

9      A      Yes, they did.

10     Q      And both of those systems automatically

11  dialed the call, didn't they?

12     A      They did.

13        (The Document was marked Exhibit No. 3.)

14  BY MR. MILTENBERGER:

15     Q      Handing you what's been marked as Exhibit

16  No. 3.

17     A      It's a good book.

18     Q      And can you identify this?  I believe it's

19  the Amazon listing of the book you coauthored,

20  correct?

21     A      Yeah.  I'm available used.

22     Q      Optimizing Outbound Calling: The Strategic

23  Use of Predictive Dialers, correct?

24     A      That's correct.

25     Q      And in the introduction down at the

Exhibit 5
Page 30

Page 58

```
 1    server, but I'm basing that off memory because I
 2    can't read this.
 3         Q    Okay.  So that would be number eight.
 4         A    Right.
 5         Q    And to the bottom right of that box is
 6    what?
 7         A    That would be the link for all those.
 8         Q    What do you mean by link?
 9         A    What brings them all together.
10         Q    So number nine is the link.
11         A    Yeah.
12         Q    And then over on the far left is what?
13         A    That would be the Avaya PDS.
14         Q    The Avaya Proactive Contact center?
15         A    That's correct.
16         Q    We will call that number ten.  Okay.  Now,
17    going back to your statement, my understanding of
18    the architecture of PRA's system; that system we
19    talked about is the dialing system, right?
20         A    Right.
21         Q    And this was given -- this being Exhibit
22    No. 4 -- was given to you by someone from the
23    company, correct?
24         A    Yes, Josh Cherkasly, when I arrived on
25    site.
```

Exhibit 5
Page 31

Alex G. Denczak - March 26, 2018

Job No. 2853588

Page 59

1          Q        Josh gave you this?

2          A        Correct.

3          Q        What did he tell you about this when he

4     gave it to you?

5          A        Just thought that this would be helpful to

6     get an understanding of the layout as I did my

7     review.

8          Q        And it's certainly a high-level

9     description of the calling --

10         A        That's an understatement, yeah.

11         Q        Let me finish my question.   It's certainly

12    a high-level description of the calling system,

13    right?

14         A        Right.

15             (The Report was marked Exhibit No. 5.)

16    BY MR. MILTENBERGER:

17         Q        Can you identify that as the report you

18    provided dated March 5, 2018 in this case?

19         A        Yes, this is my report.

20         Q        Does that have markings on it?

21         A        It doesn't.

22         Q        It's clean?

23         A        Yeah, it's clean.

24         Q        Okay.   Now, did your report from

25    March 5 -- let me ask it:   The opinions you

Exhibit 5
Page 32

Page 87

1      Q     And the Avaya is physically connected to
2    the database, correct?
3      A     It's physically connected to PRA's
4    network.
5      Q     PRA what?
6      A     PRA's network.
7      Q     Okay.  And the database is connected to
8    the network, correct?
9      A     Right.  All of PRA is connected to PRA's
10   network.
11     Q     And they're all connected by cables?
12     A     Well, as most networks are, yeah.
13     Q     So you got the Avaya Proactive Contact
14   System; a cable runs from it to a network server?
15     A     Yes.
16     Q     And then a cable from the network server
17   runs to the database, correct?
18     A     In simplistic terms, yes.
19     Q     So those three things that I just
20   mentioned, they are all interconnected by hardwire
21   cables, correct?
22     A     Along with thousands of other pieces of
23   equipment, yes.
24     Q     Yes.  But the three that I just mentioned
25   are hardwired connected together, correct?

Exhibit 5
Page 33

Page 89

```
1    numbers start out in the host, in the PRA host,

2    correct?

3         A    Uh-huh.

4         Q    They then go to the Avaya -- all of them

5    go to the Avaya Proactive Contact System, correct?

6         A    They get scrubbed first.

7         Q    Okay.  They get scrubbed where, at the

8    host?

9         A    Between the host and the dialer.

10        Q    Okay.  And once they get to the Avaya

11   system, they get looked at and a subset of those

12   numbers are then sent over to the Asimut contact

13   system, correct?

14        A    Right.

15        Q    So Asimut gets its numbers from the Avaya

16   Proactive Contact System, correct?

17        A    It can, yes.

18        Q    So it can but it does, doesn't it?

19        A    Okay, yeah.

20        Q    So if the Avaya system wasn't there,

21   Asimut wouldn't run on that particular day unless

22   you changed things, would it?

23        A    The change is not a big change.

24        Q    Okay.  It's not a big change but you would

25   have to make a change.  If Avaya was down, the
```

Exhibit 5
Page 34

Page 95

1    BY MR. MILTENBERGER:

2         Q    Okay.  So let me be clear with my

3    question.

4         A    Okay.

5         Q    If Avaya goes down and all of the numbers

6    run out on the Asimut click-to-dial, they have

7    dialed all the numbers they have, Asimut can no

8    longer dial until somebody makes a change to reroute

9    numbers to Asimut, can they?

10             MS. ROBBINS:  I'm going to object as asked

11        and answered, calls for speculation, and

12        misstates testimony.

13        A    It would be one hell of a bad scenario and

14   I don't see it happening but, yes, that -- it's a

15   possible scenario.

16   BY MR. MILTENBERGER:

17        Q    And that's why you build redundancy in so

18   those scenarios won't happen, correct?

19        A    That would be correct.

20        Q    So until this extra change is made, Asimut

21   is contingent on Avaya being running, correct?

22        A    As I stated earlier, in a limited basis,

23   yes.

24        Q    And I said contingent.  I guess it'd

25   dependent on Avaya being running, correct?

Exhibit 5
Page 35

Page 96

1        A        Limited basis, yes.

2        Q        Now, you are aware some call centers use a

3    hosted dialing servicing, don't they?

4        A        Oh, yeah.

5        Q        And hosted means some database somewhere

6    else is doing the dialing, right?

7        A        Correct.

8        Q        How are those data centers connected to

9    that hosting center?

10        A        Usually through the Cloud.

11        Q        And how is the connection through the

12    Cloud?

13        A        It can be direct data link, it could be

14    through VOIP circuits, there is numerous ways to do

15    it.

16        Q        And in that instant, that hosting -- in

17    those instances, those hosting services are part of

18    the dialing system, aren't they?

19        A        Well the hosted service in this case would

20    be the dialing system I guess.

21        Q        And they get numbers from the call center?

22        A        Right.

23        Q        And those hosted systems, just in theory

24    that we are talking about, they are dependent upon

25    the call center sending them numbers, correct?

Alex G. Demczak - March 26, 2018
Job No. 2853588

Page 126

1          speculation, lack of foundation.

2          A    Yeah, I mean, again, it's not unusual and

3     when the -- I think as the new release was in place

4     and as they started to roll this out more and more,

5     it's not uncommon for that to be done.

6     BY MR. MILTENBERGER:

7          Q    Log in once and that's all you have to log

8     in, correct?

9          A    Yeah, pretty much.

10         Q    And once they logged in, the agent at PRA,

11    then they had access to the predictive dialer mode

12    or the Asimut click-to-dial mode, correct?

13         A    Either system.

14         Q    And you believe in the Asimut

15    click-to-dial, I can't remember, the agent actually

16    sees the number to be dialed?

17         A    Yeah.

18         Q    And is that important to your

19    determination that it's not an ATDS?

20         A    Not at all.

21         Q    That's just one of the facts that you

22    think exists?

23         A    Yeah.

24         Q    Could you turn to page nine.  And the

25    diagram at the top, does that anywhere show the

Exhibit 5
Page 37

                                                              Page 127

1    number that's going to be called next?

2         A    No, not on this screen.

3         Q    So actually the number is not shown, is

4    it?

5         A    Not on this screen, no.

6         Q    And it's not shown until the next screen

7    after the call already connects, is it?

8         A    On this particular screen, yeah, but that

9    doesn't look like the screen I saw.

10        Q    Well, that's the screen you included in

11   your report, isn't it?

12        A    Yeah, yeah, it is.

13        Q    So it could be that you're wrong on that,

14   couldn't it?

15        A    Could very well be.

16        Q    All right.  And it's only after the call

17   connects that the account information is provided,

18   correct?

19        A    Right.

20        Q    So in effect, that agent is clicking the

21   button saying I'm ready for the next call, isn't he?

22        A    Ready to make the call, yes.

23        Q    Well, he doesn't know he's calling, does

24   he?

25        A    No.

Exhibit 5
Page 38

Page 128

1      Q     Doesn't know what number he's calling,
2   does he?
3      A     No.
4      Q     All he says is boom --
5      A     Make a call.
6      Q     -- make a call.  And what makes the call?
7      A     I'm not sure I understand the question.
8      Q     Well, what system makes the call, what
9   apparatus?  How is the call made?
10      A     Well, as I stated earlier, what's going to
11   happen is, just like what occurred back in the '80s,
12   a signal is going to be sent based upon the phone
13   number here, it's going to go out to the Avaya CM,
14   the call is going to be placed, and they are going
15   to get the data pop.
16      Q     And do you consider that auto dialing?
17      A     No.
18      Q     Why not?
19      A     Because it's not -- to me, auto dialing is
20   something that would occur in a more predictive
21   mode.  This is -- this isn't anything more than hot
22   key dialing like you do on your cell phone.
23      Q     Look at page eleven, paragraph 36:  Asimut
24   receives its calling information from the accounts
25   from an SQL server, which in turn receives that

Exhibit 5
Page 39