Taylor M. Tieman (SBN 305269)
Krohn & Moss, Ltd.
1112 Ocean Dr., 3rd Floor
Manhattan Beach, CA 90266
Tel: (323) 988-2400 ext. 254
Fax: (866) 861-1390
ttieman@consumerlawcenter.com

Attorneys for Plaintiff
DAWN REAMER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION<br><br>This Document Relates to *REAMER V. PORTFOLIO ASSOCIATES, LLC*, Case No.: 3:14-cv-02223-JAH-BGS | **Case No:** 3:11-md-02295-JAH-BGS<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. John A. Houston<br><br>Magistrate Judge: Hon. Bernard G. Skomal |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties to *Reamer v. Portfolio Recovery Associates, LLC,* Case No. 3:14-cv-02865-JAH-BGS ("the *Reamer* Action), namely Plaintiff Dawn Reamer and Defendant Portfolio Recovery Associates, LLC, through their respective counsel, that the *Reamer* action, including all claims and counterclaims that were or might have been asserted in the *Reamer* action, may be and hereby are dismissed, pursuant to the parties' settlement arrangement and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

The parties to the *Reamer* action respectfully request the Court to terminate the *Reamer* action by valid order pursuant to this Joint Motion to Dismiss with Prejudice and to direct the Clerk of this Court to transmit a copy of the same to the Clerk of the United States Judicial Panel on Multidistrict Litigation. See J.P.M.L. Rule 10.1 ("Where  the transferee district court terminates an action by valid order, including by not limited to summary judgement, judgement of dismissal and judgement upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel. The terminated action shall not be remanded to the transferor court and the transferee court shall retain the original files and records unless the transferee judge or the Panel directs otherwise").

P:01192588-2:87025.095 LA01\LEECA\730197.1

| | |
|---|---|
| Dated: July 23, 2018<br><br>/s/ Nathan Andrew Searles<br>Nathan Andrew Searles<br>Portfolio Recovery Associates<br>140 Corporate Blvd<br>Norfolk, VA 23502<br>Tel: (757) 519-9300<br>Fax: (757) 321-2518<br>nasearles@portfoliorecovery.com<br>PORTFOLIO RECOVERY ASSOCIATES LLC | Dated: July 23, 2018<br><br>/s/ Taylor M. Tieman<br>Taylor M. Tieman (SBN 305269)<br>Krohn & Moss, Ltd.<br>1112 Ocean Dr., 3rd Floor<br>Manhattan Beach, CA 90266<br>Tel: (323) 988-2400 ext. 254<br>Fax: (866) 861-1390<br>ttieman@consumerlawcenter.com<br>DAWN REAMER |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Nathan Andrew Searles, counsel for Defendants, and that I have obtained Mr. Searles' authorization to affix his electronic signature to this document.

DATED: July 23, 2018        /s/ Taylor M. Tieman
                            TAYLOR M. TIEMAN
                            Attorneys for Plaintiff
                            DAWN REAMER

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF System with copy to all parties via the same.

                            /s/ Taylor M. Tieman
                            Taylor M. Tieman