AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| JOHN ASHE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:11-MD-02295-JAH-BGS |
| PORTFOLIO RECOVERY ASSOCIATES, LLC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN ASHE

Date:  07/30/2018

/s/ Joshua R. Kersey
*Attorney's signature*

Joshua R. Kersey - FL Bar No.: 087578
*Printed name and bar number*

Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, Fl 33602

*Address*

JKersey@ForThePeople.com
*E-mail address*

(813) 223-5505
*Telephone number*

(813) 222-2490
*FAX number*