# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION<br><br>**This Document Relates to all Member Cases** | Case No. 11md02295-JAH-BGS<br><br>Hon. John A. Houston<br><br>**ORDER APPROVING TIME AND EXPENSE SUBMISSIONS TO COMMON BENEFIT FUND OF PATRIC A. LESTER (DOC NO. 728) AND CHRIS MILTENBERGER (DOC. NO. 734)** |

1. This Court has reviewed the time and expense submissions of Co-lead counsel Patric Lester of Lester & Associates (Doc. No. 728) and Chris Miltenberger, of the Law Office of Chris R. Miltenberger, PLLC (Doc. No. 734) for the time period ending May 31, 2018, submitted in compliance with this Court's Order on Common Benefit Fund, (Doc. 629).

2. It finds that the hours submitted were incurred for the (a) for the common benefit; (b) appropriately authorized.

3. Based upon declarations filed by the attorneys and the hourly rate requested this approves the hourly rate as follows: $500.00 for Mr. Lester, $195.00 for Ms. Belford Smith, $500.00 for Chris Miltenberger and $350.00 for Rebecca Miltenberger. Based on the hours submitted, the Court approves the following fees.

| Timekeeper | Hourly Rate | Hours | Total Billed |
|---|---|---|---|
| Patric A. Lester | $500.00 | 40.00 | $20,000.00 |
| Mary Belford Smith | $195.00 | 55.90 | $10,900.50 |
| Chris Miltenberger | $500.00 | 17.00 | $8,500.00 |
| Rebecca Miltenberger | $350.00 | 11.1 | $3,885.00 |
| Total Hours & Billed Amount | | | $43,285.50 |

4. It further finds the expenses are (a) for the common benefit; (b) appropriately authorized and awards expenses as follows:

| | **Expense** | **Total** |
|---|---|---|
| Patric Lester | $28.99 | 28.99 |
| Chris Miltenberger | $0.00 | $0.00 |
| Total | | $28.99 |

## CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED that:

The Time and Expense Submission of Patric A. Lester to the Common Benefit Fund (Doc. No. 728) and Time and Expense Submission of Chris Miltenberger to the Common Benefit Fund (Doc. No. 734) are hereby GRANTED.

**IT IS SO ORDERED.**

Date: October 10, 2018

Hon. John A. Houston
United States District Court Judge