1  Chris R. Miltenberger (TX Bar # 14171200)
   chris@crmlawpractice.com
2  **Law Office of Chris R. Miltenberger, PLLC**
   1340 N. White Chapel, Suite 200
3  Southlake, Texas 76092
   Phone: (817) 416-5060
4  Fax: (817) 416-5062

5  Co-Lead Counsel for the Plaintiffs with Member Cases

6  Patric A. Lester (SBN 220092)
   pl@lesterlaw.com
7  **Lester & Associates**
   5694 Mission Center Road, #358
8  San Diego, CA 92108
   Phone: (619) 655-3888
9  Fax: (314) 241-5777

10 Co-Lead Counsel for the Plaintiffs with Member Cases

11           **IN THE UNITED STATES DISTRICT COURT**

12         **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13 IN RE: PORTFOLIO RECOVERY          )  Case No. 3:11-md-02295 JAH BGS
   ASSOCIATES, LLC TELEPHONE          )
14 CONSUMER PROTECTION ACT            )  **PLAINTIFFS' THIRD NOTICE OF**
   LITIGATION                          )  **SUPPLEMENTAL AUTHORITY**
15                                      )
   **This Document Relates to all Member**  )  DATE:        (Hearing Vacated)
16 **Cases**                            )  CTRM:
                                        )  JUDGE:      HON. JOHN A. HOUSTON
17 _____ )

18         Plaintiffs with Member Cases ("Plaintiffs") submit the following supplemental

19 authority in support of their Motion for Partial Summary Judgment (Doc. 647), and their

20 opposition to PRA's Motion for Summary Judgment (Doc. 672).

21         Plaintiffs inform the Court that on October 30, 2018 the Ninth Circuit denied the

22 Petition for Rehearing and the Petition for Rehearing En Banc in *Marks v. Crunch San*

23 *Diego, LLC*, 904 F.3d 1041 (9th Cir. 2018). The decision was brought to this Court's

24 attention in Plaintiffs' Second Notice of Supplemental Authority (Doc. 730).

25

26

27

28

Dated November 2, 2018          Law Office of Chris R. Miltenberger, PLLC

                                By:   s/ Chris R. Miltenberger
                                Co-Lead Counsel for Plaintiffs with Member
                                Cases
                                Email: chris@cmrlawpractice.com

Dated November 2, 2018          Lester & Associates

                                By:   s/ Patric A. Lester
                                Co-Lead Counsel for Plaintiffs with Member
                                Cases
                                Email: pl@lesterlaw.com

Re: In Re Portfolio Recovery Associates, LLC, TCPA Litigation
Case No. 3:11-md-02295-JAH-BGS
United States District Court, Southern District of California

## CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

On the date below, I electronically filed with the Court through its CM/ECF program and served through the same program the following

### PLAINTIFFS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY

on the interested parties in said case as follows:

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named below with the postage thereon fully prepaid, deposited each in the United States mail at St. Louis, Missouri in accordance with our business' practice.

| | |
|---|---|
| Craig Cunningham | Ross A. Miller |
| 5543 Edmondson Pike, Suite 248 | P.O. Box 12433 |
| Nashville, TN 37211 | Richmond, VA 23241 |
| | |
| Jarrett R. Jenkins | Lee Arthur Momient |
| 334 Locust Street, Apt-1 | P.O. Box 608082 |
| West Hempstead, NY 11552-3044 | Chicago, IL 60660 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated November 2, 2018                    Lester & Associates

                                          By:    s/ Patric A. Lester
                                                 Patric A. Lester
                                                 Attorney for Plaintiffs