1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11   IN RE PORTFOLIO RECOVERY              Case No.:  11md02295 JAH - BGS
     ASSOCIATES, LLC, TELEPHONE
12   CONSUMER PROTECTION ACT               Member cases:
13   LITIGATION                               All member cases
14
                                          ORDER VACATING HEARING
15
16
17
18        After a careful review of the parties' submissions, the Court deems Defendant's
19   motion stay (Doc. No. 737) suitable for adjudication without oral argument.  See CivLR
20   7.1 (d.1).  Accordingly, IT IS HEREBY ORDERED the motion is taken under submission
     without oral argument and the hearing set for December 10, 2018 is VACATED.  The
21
     Court will issue an order in due course.
22
     DATED:    December 3, 2018
23
24                                        _____
25                                        JOHN A. HOUSTON
                                          United States District Judge
26
27
28

1