**MADEL PA**
Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Cassandra B. Merrick, MN Reg. No. 396372
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Telephone: 612-605-0630
Facsimile: 612-326-9990
cmadel@madellaw.com
jrobbins@madellaw.com
cmerrick@madellaw.com

*Attorneys for Defendant Portfolio Recovery
Associates, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION**<br><br><br><br>This Document Relates to *SOVICK V. PORTFOLIO RECOVERY ASSOCIATES LLC,* Case No.: 3:14-cv-00472 | Case No.: 11-MD-02295-JAH-BGS<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between the

parties to *Sovick v. Portfolio Recovery Associates, LLC*, 3:14-cv-00472 ("the

*Sovick* action"), namely Plaintiff Sovick and Defendant Portfolio Recovery

Associates, LLC, through their respective counsel, that the *Sovick* action, including

all claims and counterclaims that were or might have been asserted in the *Sovick*

action, may be and hereby are dismissed, pursuant to the parties' settlement

agreement and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

The parties to the *Sovick* action respectfully request the Court to terminate the *Sovick* action by valid order pursuant to this Joint Motion to Dismiss with Prejudice and to direct the Clerk of this Court to transmit a copy of the same to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel. The terminated action shall not be remanded to the transferor court and the transferee court shall retain the original files and records unless the transferee judge or the Panel directs otherwise.").

DATED:  April 19, 2019              **MADEL PA**

By:  *s/ Cassandra B. Merrick*
Christopher W. Madel (230297)
Jennifer M. Robbins (0387745)
Cassandra B. Merrick (396372)

800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
Fax: 612-326-9990
cmadel@madellaw.com
jrobbins@madellaw.com
cmerrick@madellaw.com

**Attorneys for Defendant**

1

**Dave Maxfield, Attorney, LLC**

2

3                         By: _s/ Dave Maxfield_

                                David A. Maxfield, Fed. ID 6293
4                               P.O. Box 11865
                                Columbia, SC 29211
5                               803-509-6800
                                855-299-1656 (fax)
6                               dave@consumerlawsc.com

7

8                         **Attorneys for Plaintiff**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Cassandra B. Merrick, counsel for Defendants, hereby certify that service of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER was filed electronically and sent via e-mail through the CM/ECF system to the following:

Amanda J. Allen

Amanda@theconsumerprotectionfirm.com

Rex C. Anderson

mied@rexandersonpc.com

Seth Andrews

sandrews@kennethhiller.com

David N. Anthony

David.anthony@troutmansanders.com

Randy Jiro Aoyama

raoyama@hinshawlaw.com

Mauricio Arcadier

office@wamalaw.com; arcadier@wamalaw.com

Michael Ronald Ayers

mayers@hinshawlaw.com

Paul Mathew Bach

paul@bachoffices.com

Penelope N. Bach

pnbach@sulaimanlaw.com

Adrian R. Bacon

abacon@attorneysforconsumers.com

Mohammed Omar Badwan

1   mbadwan@sulaimanlaw.com

2   Stephen J. Bagge

3   sbagge@cfjblaw.com

4   Avanti Deepak Bakane

5   abakane@gordonrees.com

6   Phillip T. Barrett

7   pbarrett@gordonrees.com

8   Keith J. Barnett

9   Keith.barnett@sutherland.com

10   Michael T. Berger

11   mberger@hinshawlaw.com

12   Scott C. Borison

13   usdc@legglaw.com

14   Brian Lewis Bromberg

15   brian@bromberglawoffice.com;

16   jonathan@bromberglawoffice.com;

17   brian.bromberg@gmail.com

18   Maxie Broome Jr.

19   mbroomelaw@aol.com

20   Lauren M. Burnette

21   lmburnette@mdwcg.com

22   Floyd W. Bybee

23   Floyd@bybeelaw.com

24   Clifford Alva Phillip Carlson

25   cc@cliffcarlsonlaw.com

26   Gus M Centrone

27   gcentrone@centroneshrader.com

28

1   Hyung Sik Choi

2   hyung@choiandfabian.com

3   Jonathan G. Cohen

4   jgcohen@yahoo.com

5   Jennifer M. Spiegel Colson

6    jcolson@jennifercolsonpa.com

7   Cathleen M. Combs

8   ccombs@edcombs.com

9   Timothy Condon

10   tim@timcondon.net

11   Lindsey A.L. Conley

12   lconley@hinshawlaw.com

13   Maximiliano D. Couvillier, III

14   mcouvillier@blacklobellolaw.com

15   Edward C. Cutlip, Jr

16   ecutlip@kerr-russell.com

17   Marwan R. Daher

18   mdaher@sulainanlaw.com

19   Ronald Daniels

20   ron@dlawlc.com

21   James Lee Davidson

22   jdavidson@gdrlawfirm.com; jjohnson@gdrlawfirm.com

23   Joseph S. Davidson

24   jdavidson@sulaimanlaw.com

25   Marissa I. Delinks

26   mdelinks@hinshawlaw.com

27   Deirdre O. Dexter

1   dexter@barrowgrimm.com

2   Joshua C. Dickinson

3   jdickinson@spencerfane.com

4   Thomas R. Dominczyk

5   trd@mnlawpc.com

6   Holly Elizabeth Dowd

7   hollyedowd@yahoo.com

8   Jon Paul Dubbeld

9   jdubbeld@dispartilaw.com

10   Chad Vinson Echols

11   chad.echols@theecholsfirm.com

12   Daniel A. Edelman,

13   dedelman@edcombs.com, courtecl@edcombs.com

14   Caren D. Enloe

15   cenloe@smithdebnamlaw.com; jroach@smithdebnamlaw.com

16   Veronika Fabian

17   veronika@choiandfabian.com

18   Lawrence A. Farese

19   lafarese@rkmc.com

20   Andrew Jay Feldman

21   Andrew@swattslaw.com

22   Barbara Fernandez,

23   bfernandez@hinshawlaw.com

24   Glenn M. Fjermedal

25   gfjermedal@davidsonfink.com

26   Monica L. Haddad Forbes

27   mforbes@mcguirewoods.com

28

1   Paul Robert Fowkes

2   pfowkes@DFHlawfirm.com

3   Brett Freeman

4   bfecf@bankruptcypa.com

5   Rachel R Friedman

6   rfriedman@burr.com

7   Todd M. Friedman

8   tfriedman@attorneysforconsumers.com; abacon@toddflaw.com;

9   ecampany@toddflaw.com;

10  Erika.campany@gmail.com; mgeorge@toddflaw.com;

11  twheeler@toddflaw.com; yoel.hanohov@toddflaw.com;

12  nadia.lotun@toddflaw.com; paralegal5@toddflaw.com

13  Todd Friedman

14  Todd.friedman@kirkland.com

15  William John Gadd

16  wjg@mazgadd.com

17  James Patrick Galvin

18  james@twbglaw.com

19  Joseph P. Garin

20  nvecf@lipsonneilson.com

21  John Philip Gaset

22  jgaset@broadandcassel.com

23  Michael A. Geibelson

24  mgeibelson@robinskaplan.com; lbryant-wilson@robinskaplan.com;

25  sduenas@robinskaplan.com

26  Amanda Lyn Genovese

27  Amanda.genovese@troutmansanders.com

28

1   Hans Germann

2   hgermann@mayerbrown.com

3   Amy Lynn Bennecoff Ginsburg

4   aginsburg@creditlaw.com; teamkimmel@creditlaw.com

5   Jeremy M Glapion

6   jmg@glapionlaw.com

7   Bert Thomas Golden

8   btg@bthomasgolden.com

9   Octavio Gomez

10   tgomez@forthepeople.com

11   Tara Leigh Goodwin

12   tgoodwin@edcombs.com

13   Jessica A. Green

14   jgreen@lipsonneilson.com

15   Francis Richard Greene

16   fgreene@edcombs.com; courtecl@edcombs.com; jgalindo@edcombs.com

17   Michael Lewis Greenwald

18   mgreenwald@gdrlawfirm.com; jdavidson@gdrlawfirm.com;

19   aradbil@gdrlawfirm.com

20   Rami Nicola Haddad

21   rnhaddad@portfoliorecovery.com

22   James J. Haller

23   Belleville@tbcwam.com

24   David Palmer Hartnett

25   dhartnett@hinshawlaw.com

26   Ryan Christopher Hasanbasic

27   ryan@dispartilaw.com

28

Brian J. Headley

bjheadley@yahoo.com

Patrick J. Helwig

phelwig@lawpoint.com

Kevin Hernandez

khernandez@blacklobellolaw.com; Kevin@kevinhernandezlaw.com

Adam Theodore Hill

ahill@consumerlawcenter.com

Samuel M. Hill

sam@samhilllaw.com; pamg@samhilllaw.com; chris@samhilllaw.com

Kenneth R. Hiller

khiller@kennethhiller.com

Sara F. Holladay-Tobias

sfhollad@mcguirewoods.com

Peter A. Holland

peter@hollandlawfirm.com

Kersten Holzhueter

kholzhueter@spencerfane.com

Shireen Hormozdi

shormozdi@consumerlawcenter.com

Nathan L. Horton

nhorton@portfoliorecovery.com

William Peerce Howard

whoward@forthepeople.com

Tammy Gruder Hussin

tammy@hussinlaw.com; cjohnson@hussinlaw.com

Wedad Ibrahim

1   wedadi@michiganconsumerlaw.com

2   Brian Johnson

3   bj@kcconsumerlawyer.com

4   Lira A. Johnson

5   Lira.johnson@dinslaw.com

6   Matthew Brady Johnson

7   mbjohnson@mdwcg.com

8   Matthew J. Kalmanson

9   mjk@hartwagner.com

10   Stephen W. King

11   sking@kingandmurray.com

12   David H. Krieger

13   dkrieger@hainesandkrieger.com

14   James O. Latturner

15   jlatturner@edcombs.com; courtecl@edcombs.com

16   Jared Michael Lee

17   jlee@forthepeople.com; jmlpleadings@forthepeople.com;

18   jsharpe@forthepeople.com; mhoilett@forthepeople.com;

19   mrathbun@forthepeople.com

20   Julia Veronica Lee

21   jvlee@rkmc.com

22   Ryan Lee

23   ryan@ryanleepllc.com; ryanleepllc@gmail.com

24   Alan Daniel Leeth

25   aleeth@burr.com; sfoshee@burr.com

26   David B. Leibowitz

27   dleibowitz@uprightlaw.com

28

1  Sergei Lemberg

2  slemberg@lemberglaw.com; cdemaio@leberglaw.com

3  Patric A. Lester

4  pl@lesterlaw.com

5  Ryan S. Lett

6  rlett@fbtlaw.com

7  David B. Levin

8  dlevin@toddflaw.com

9  Kevin L. Lewis

10  kevin@floridaloanlawyers.com

11  Vitaly Libman

12  vlibman@hinshawlaw.com

13  Donald S. Litman

14  PA_Law2@yahoo.com

15  Joseph C. LoTempio

16  jlotempio@dellutrilagroup.com

17  Bret Leon Lusskin, Jr

18  blusskin@lusskinlaw.com

19  Ian B. Lyngklip

20  ian@michiganconsumerlaw.com

21  David J.S. Madgett

22  dmadgett@madgettlaw.com

23  Robbie L. Malone

24  rmalone@rmalonelaw.com

25  Joseph R. Manning, Jr.

26  info@manninglawoffice.com

27

28  Michael John Manning

mike@manninglawoffice.com

Jeffrey David Mapes

jeff@mapesdebt.com

Ari Hillel Marcus

Ari@marcuszelman.com

Eugene Xerxes Martin, IV

xmartin@mamlaw.com; jayala@mamlaw.com; junger@mamlaw.com;

kmckinnon@mamlaw.com; nhernandez@mamlaw.com

Joseph Mauro

JoeMauroesq@hotmail.com

David Andrew Maxfield

dave@consumerlawsc.com

Karen L. Mayfield-Jones

kamjones@portfoliorecovery.com

Liana Mayilyan

lmayilyan@snllp.com; ccogbill@snllp.com; paralegal@snllp.com

Joseph P. McClelland, III

jpmclaw@aol.com

Alicia McElwaine-Leto

aleto@wademillerlaw.com

Daniel John McGarry

dmcgarry@sulaimanlaw.com

Lara E. McGuire

lara@theconsumerprotectionfirm.com

Keith Steven McGurgan

kmcgurgan@portfoliorecovery.com

Marshall S. Meyers

ECF@attorneysforconsumers.com; mmeyers@attorneysforconsumers.com

Wade A. Miller

wmiller@wademillerlaw.com

Chris R. Miltenberger

chris@crmlawpractice.com

David Patrick Mitchell

david@mitchellconsumerlaw.com; david@maneygordon.com;

v.marrero@maneygordon.com

Clayton S. Morrow

cmorrow@allconsumerlaw.com

Shilee T. Mullin

smulllin@spencerfane.com

Robert W. Murphy

rwmurphy@lawfirmmurphy.com

Marilyn C. Naiman-Kohn

mnk@simanlaw.net

Philip Bao Nghiem

philn@manninglawoffice.com

Jeff Neuenschwander

jeff@sllawfirm.com

Anthony C. Norman

Anthony@fight13.com

Tearsa Storms Olson

tolson@attorneysforconsumers.com

Victoria Lea Orze

vorze@dickinsonwright.com

Ethan S. Ostroff

1  Ethan.ostroff@troutmansanders.com

2  Scott David Owens

3  scott@scottdowens.com; Patrick@scottdowens.com;

4  don@scottdowens.com; shannon@scottdowens.com;

5  andree@scottdowen.com

6  Katherine Lind Parker

7  Katherine.parker@usdoj.gov; ginger.stacy@usdoj.gov;

8  efile.dkt.civ@usdoj.gov; Leticia.adams@usdoj.gov

9  Yvette.macias@usdoj.gov

10  Benjamin A. Parker

11  benparker@johnpricelawfirm.com; benparker416@gmail.com

12  David George Peltan

13  davidpeltan@peltanlaw.com

14  Craig K. Perry

15  craig@craigperry.com; info@1stoplawfirm.com

16  Ryan D. Peterson

17  rpeterson@madgettlaw.com

18  Julie A. Petrik

19  Julie@michiganconsumerlaw.com

20  William P. Pipal

21  bill.pipal@troutmansanders.com

22  Dominic M. Pontello

23  dominicpontello@gmail.com

24  Emily Prentice

25  Emily.prentice@kattenlaw.com

26  Jim Gerhart Price

27  lawofficesofjgp@sbcglobal.net; deltalawgroup@yahoo.com

28

Brandon J. Rafool

bjr@brandonrafool.com

Michael Rapp

mr@kcconsumerlawyer.com

Jason M. Renner

Jason.renner@dinsmore.com

Walt D. Roper

walt@roperfirm.com

Emily Yandle Rottman

erottmann@mcguirewoods.com

Carlo Sabatini

ecf@bankruptcypa.com

Syed Ali Saeed

ali@sllawfirm.com

David M. Schultz

dschultz@hinshawlaw.com; courtfiling@hinshawlaw.com;

jweller@hinshawlaw.com; izielinski@hinshawlaw.com

Carl Schwartz

carl@michiganconsumerlaw.com

Nathan Andrew Searles

nasearles@portfoliorecovery.com

Felix Henri Sharpe, II

felix.sharpe@dinsmore.com

Brian L. Shrader

bshrader@centroneshrader.com

Robert E. Sickles

rsickles@hinshawlaw.com

1   Sundeep S. Sidhu

2   sssidhu@portfoliorecovery.com

3   Steven A. Siman

4   sas@simanlaw.com

5   Burke Smith

6   Burke@burkesmithlaw.com

7   George R. Smith, Jr.

8   g.smith1961@att.net

9   Robert Franklin Springfield

10   fspringf@burr.com

11   Scott Stamatakis

12   service@myinjury.com

13   Alan J. Stecklein

14   aj@kcconsumerlawyer.com

15   Brandon Stein

16   bstein@hinshawlaw.com

17   Kyle Steinmetz

18   ksteinmetz@mayerbrown.com

19   David A. Stella

20   dstella@kerr-russell.com

21   Max Story

22   max@maxstorylaw.com

23   Howard J. Strickland, Jr.

24   Jay.strickland@jonescork.com

25   Nathan D. Sturycz

26   Nathan@swattslaw.com; shelly@swattslaw.com

27   Ahmad Tayseer Sulaiman, First

28

1   Ahmad.sulaiman@sulaimanlaw.com

2   Omar Tayseer Sulaiiman

3   osulaiman@sulaimanlaw.com

4   Russell Snow Thompson, IV

5   rthompson@attorneysforconsumers.com

6   Jeffrey Alan Topor

7   jtopor@snllp.com; ccogbill@snllp.com

8   Emanwel Josef Turnbull

9   eturnbull@hollandlawfirm.com

10  Henry A. Turner

11  hturner@tloffices.com; awallace@tloffices.com;

12  Nicholas Wayne Tedford

13  ntedford@craigzlaw.com

14  Katherine Hannah Tresley

15  ktresley@hinshawlaw.com

16  Andrew T. Velonis

17  andrewv@wzlaw.org

18  Alexander S. Vesselinovitch

19  avesselinovitch@kattenlaw.com

20  Michael J. Vitoria

21  mvitoria@forthepeople.com

22  Suren Weerasuriya

23  sweerasuriya@attorneysforconsumers.com

24  Lisa R. Wilcox

25  lwilcox@wilcoxlawpa.com

26  Steven R. Zahn

27  szahn@portfoliorecovery.com

28

Steven Zakharyayev

steven@floridaloanlawyers.com

Michael Andrew Ziegler

mike@zieglerlawoffice.com

Mary Catherine Zinsner

mary.zinsner@troutmansanders.com

The foregoing document and this Certificate of Service were also served upon the parties below by causing a copy of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

Craig Cunningham

5543 Edmondson Pike

Suite 248

Nashville, TN 37211

Jarrett R. Jenkins

334 Locust Street, Apt-1

West Hempstead, NY 11552-3044

Ross A. Miller

P.O. Box 12433

Richmond, VA 23241

Lee Arthur Momient

P.O. Box 608082

Chicago, IL 60660

1

2        Jeffrey J Morales

3        6173 Nightingale Street

4        Dearborn Heights, MI 48127

5

6        Darren Neese

7        3017 Wild Pepper Ave.

8        Deltona, FL 32725

9

10       Deon Thomas

11       14626 Red Gum Street

12       Moreno Valley, CA 92555

13

14       Elisha Ornes

15       1320 Brighton Court

16       Blacksburg, VA 24060

17

18

19           The Word version of the Proposed Order was submitted via email to the

20  Honorable John A. Houston and was also emailed and sent by U.S. Mail to the

21  above-listed counsel.

22

23           DATED:  April 19, 2019          **MADEL PA**

24                                           By:  _s/ Cassandra B. Merrick_

25                                                Cassandra B. Merrick (396372)

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
Fax: 612-326-9990
cmerrick@madellaw.com
**Attorney for Defendant**