**MAYER BROWN LLP**
Hans J. Germann
71 S. Wacker Drive
Chicago, IL 60606
Tel: 312-701-8792
Fax: 312-706-8169
hgermann@mayerbrown.com

*Attorney for Defendant AT&T*

# U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No.: 11-MD-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Hon. Bernard G. Skomal<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |
| This Document Relates to *CLARK v. PORTFOLIO RECOVERY ASSOCIATES, LLC ET AL.*, Case No. 3:16-cv-02838-JAH-BGS | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between all parties to *Clark v. Portfolio Associates, LLC*, Case No. 3:16-cv-02838-JAH-BGS ("the *Clark* action"), namely Plaintiff Robert Clark and Defendants Portfolio Recovery Associates, LLC and AT&T Mobility LLC,[1] through their respective

---

[1] The complaint incorrectly identifies AT&T Mobility by the brand name "AT&T."

counsel, that the *Clark* action, including each claim and count therein asserted by Plaintiff against the Defendants, shall be dismissed with prejudice pursuant to a settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with each party to bear its own costs and attorneys' fees.

The parties to the *Clark* action respectfully request that the Court terminate the *Clark* action by valid order pursuant to this Joint Motion to Dismiss with Prejudice and direct the Clerk of this Court to transmit a copy of the same to the Clerk of the United States Judicial Panel on Multidistrict Litigation pursuant to J.P.M.L. Rule 10.1.

Dated: June 25, 2019

Respectfully submitted,

/s/ Hans J. Germann
Hans J. Germann
Kyle Steinmetz
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: 312-701-8792
Email: hgermann@mayerbrown.com
Email: ksteinmetz@mayerbrown.com

Howard Jerome Strickland, Jr.
Jones Cork LLP
P.O Box. 6437
Macon, GA 31208
Telephone: 478-745-2821
Email: jay.strickland@jonescork.com

*Attorneys for Defendant AT&T*

        /s/ Joseph P. McClelland, III
        Joseph P. McClelland, III
        PO BOX 100
        Jackson, GA 30233
        Telephone: 770-775-0938
        jpmclaw@aol.com

*Attorney for Plaintiff*

        /s/ Keith J. Barnett
        Keith J. Barnett
        TROUTMAN SANDERS LLP
        Bank of America Plaza
        600 Peachtree Street, N.E., Suite 3000
        Atlanta, Georgia 30308-2216
        Telephone: (404) 885-3423
        Facsimile: (404) 885-3900
        keith.barnett@troutmansanders.com

*Attorney for Defendant Portfolio Recovery Assoc.*

## CERTIFICATE OF SERVICE

I, Hans Germann, counsel for Defendant AT&T, hereby certify that service of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE was filed electronically and sent via email through the CM/ECF system to those parties who are registered Filing Users; and counsel were copied on the email transmitting the Proposed Order to the Honorable John A. Houston.

I further certify that the foregoing document and a copy of the Proposed Order were also served upon the parties below by causing copies of the same to be placed in the United States Mail, postage prepaid, and sent to their last known address as follows:

    Craig Cunningham
    5543 Edmondson Pike
    Suite 248
    Nashville, TN 37211

1
2  Jarrett R. Jenkins
3  334 Locust Street, Apt-1
   West Hempstead, NY 11552-3044
4
5  Ross A. Miller
   P.O. Box 12433
   Richmond, VA 23241
6
7  Lee Arthur Momient
   P.O. Box 608082
8  Chicago, IL 60660

9  Jeffrey J Morales
10 6173 Nightingale Street
   Dearborn Heights, MI 48127

11
12 Darren Neese
   3017 Wild Pepper Ave.
13 Deltona, FL 32725

14 Deon Thomas
15 14626 Red Gum Street
   Moreno Valley, CA 92555

16 Elisha Ornes
17 1320 Brighton Court
   Blacksburg, VA 24060

18
19 Dated: June 25, 2019                    Respectfully submitted,
20
                                            /s/ Hans Germann
21                                          Hans Germann
22                                          Kyle Steinmetz
                                            Mayer Brown LLP
23                                          71 S. Wacker Drive
                                            Chicago, IL 60606
24                                          Telephone: 312-701-8792
                                            Email: hgermann@mayerbrown.com
25                                          Email: ksteinmetz@mayerbrown.com
26
27
28