**MADEL PA**
Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
Cassandra B. Merrick, MN Reg. No. 396372
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Telephone: 612-605-0630
Facsimile: 612-326-9990
cmadel@madellaw.com
jrobbins@madellaw.com
cmerrick@madellaw.com

*Attorneys for Defendant Portfolio Recovery
Associates, LLC*

## U.S. DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION** | Case No.: 11-MD-02295-JAH-BGS |
| | **MOTION TO DISMISS *BUKVICH* MEMBER ACTION WITH PREJUDICE** |
| This Document Relates to *BUKVICH V. PORTFOLIO RECOVERY ASSOCIATES LLC,* Case No.: 3:15-cv-01349 | |

Defendant Portfolio Recovery Associates, LLC, ("PRA") through its counsel, respectfully moves for the Court to dismiss *Bukvich v. Portfolio Recovery Associates LLC,* Case No. 3:15-cv-01349 ("the *Bukvich* action"), including all claims and counterclaims that were or might have been asserted in the *Bukvich* action, with prejudice and with each party to bear its own costs and attorneys' fees.

On April 2, 2019, counsel for Plaintiff Mildred Bukvich filed a Notice of Suggestion of Death relating to Ms. Bukvich. (*See* 3:15-cv-01349-JAH-BHG, Dkt. No. 65.) Since that time, more than 90 days ago, no motion for substitution has been made by any party or by the decedent's successor or representative. *See* Fed. R. Civ. P. 25(a)(1). Because no motion has been made within 90 days after that statement noting the death, the action by Bukvich "must be dismissed." *Id*.

According, PRA respectfully requests the Court dismiss the *Bukvich* action by valid order pursuant to this Motion to Dismiss with Prejudice and to direct the Clerk of this Court to transmit a copy of the same to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel. The terminated action shall not be remanded to the transferor court and the transferee court shall retain the original files and records unless the transferee judge or the Panel directs otherwise.").

DATED:  July 2, 2019               **MADEL PA**

                                   By:  *s/ Jennifer M. Robbins*
                                        Christopher W. Madel (230297)
                                        Jennifer M. Robbins (0387745)
                                        Cassandra B. Merrick (396372)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
Fax: 612-326-9990
cmadel@madellaw.com
jrobbins@madellaw.com
cmerrick@madellaw.com

**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**

I, Cassandra B. Merrick, counsel for Defendants, hereby certify that service of the foregoing MOTION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER was filed electronically and sent via e-mail through the CM/ECF system to the following:

Amanda J. Allen

Amanda@theconsumerprotectionfirm.com

Rex C. Anderson

mied@rexandersonpc.com

Seth Andrews

sandrews@kennethhiller.com

David N. Anthony

David.anthony@troutmansanders.com

Randy Jiro Aoyama

raoyama@hinshawlaw.com

Mauricio Arcadier

office@wamalaw.com; arcadier@wamalaw.com

Michael Ronald Ayers

mayers@hinshawlaw.com

Paul Mathew Bach

paul@bachoffices.com

Penelope N. Bach

pnbach@sulaimanlaw.com

Adrian R. Bacon

abacon@attorneysforconsumers.com

Mohammed Omar Badwan

1    mbadwan@sulaimanlaw.com

2    Stephen J. Bagge

3    sbagge@cfjblaw.com

4    Avanti Deepak Bakane

5    abakane@gordonrees.com

6    Phillip T. Barrett

7    pbarrett@gordonrees.com

8    Keith J. Barnett

9    Keith.barnett@sutherland.com

10   Michael T. Berger

11   mberger@hinshawlaw.com

12   Scott C. Borison

13   usdc@legglaw.com

14   Brian Lewis Bromberg

15   brian@bromberglawoffice.com;

16   jonathan@bromberglawoffice.com;

17   brian.bromberg@gmail.com

18   Maxie Broome Jr.

19   mbroomelaw@aol.com

20   Lauren M. Burnette

21   lmburnette@mdwcg.com

22   Floyd W. Bybee

23   Floyd@bybeelaw.com

24   Clifford Alva Phillip Carlson

25   cc@cliffcarlsonlaw.com

26   Gus M Centrone

27   gcentrone@centroneshrader.com

28

1    Hyung Sik Choi

2    hyung@choiandfabian.com

3    Jonathan G. Cohen

4    jgcohen@yahoo.com

5    Jennifer M. Spiegel Colson

6    jcolson@jennifercolsonpa.com

7    Cathleen M. Combs

8    ccombs@edcombs.com

9    Timothy Condon

10    tim@timcondon.net

11    Lindsey A.L. Conley

12    lconley@hinshawlaw.com

13    Maximiliano D. Couvillier, III

14    mcouvillier@blacklobellolaw.com

15    Edward C. Cutlip, Jr

16    ecutlip@kerr-russell.com

17    Marwan R. Daher

18    mdaher@sulainanlaw.com

19    Ronald Daniels

20    ron@dlawlc.com

21    James Lee Davidson

22    jdavidson@gdrlawfirm.com; jjohnson@gdrlawfirm.com

23    Joseph S. Davidson

24    jdavidson@sulaimanlaw.com

25    Marissa I. Delinks

26    mdelinks@hinshawlaw.com

27    Deirdre O. Dexter

28

1  dexter@barrowgrimm.com

2  Joshua C. Dickinson

3  jdickinson@spencerfane.com

4  Thomas R. Dominczyk

5  trd@mnlawpc.com

6  Holly Elizabeth Dowd

7  hollyedowd@yahoo.com

8  Jon Paul Dubbeld

9  jdubbeld@dispartilaw.com

10  Chad Vinson Echols

11  chad.echols@theecholsfirm.com

12  Daniel A. Edelman,

13  dedelman@edcombs.com, courtecl@edcombs.com

14  Caren D. Enloe

15  cenloe@smithdebnamlaw.com; jroach@smithdebnamlaw.com

16  Veronika Fabian

17  veronika@choiandfabian.com

18  Lawrence A. Farese

19  lafarese@rkmc.com

20  Andrew Jay Feldman

21  Andrew@swattslaw.com

22  Barbara Fernandez,

23  bfernandez@hinshawlaw.com

24  Glenn M. Fjermedal

25  gfjermedal@davidsonfink.com

26  Monica L. Haddad Forbes

27  mforbes@mcguirewoods.com

28

Paul Robert Fowkes

pfowkes@DFHlawfirm.com

Brett Freeman

bfecf@bankruptcypa.com

Rachel R Friedman

rfriedman@burr.com

Todd M. Friedman

tfriedman@attorneysforconsumers.com; abacon@toddflaw.com;

ecampany@toddflaw.com;

Erika.campany@gmail.com; mgeorge@toddflaw.com;

twheeler@toddflaw.com; yoel.hanohov@toddflaw.com;

nadia.lotun@toddflaw.com; paralegal5@toddflaw.com

Todd Friedman

Todd.friedman@kirkland.com

William John Gadd

wjg@mazgadd.com

James Patrick Galvin

james@twbglaw.com

Joseph P. Garin

nvecf@lipsonneilson.com

John Philip Gaset

jgaset@broadandcassel.com

Michael A. Geibelson

mgeibelson@robinskaplan.com; lbryant-wilson@robinskaplan.com;

sduenas@robinskaplan.com

Amanda Lyn Genovese

Amanda.genovese@troutmansanders.com

1   Hans Germann

2   hgermann@mayerbrown.com

3   Amy Lynn Bennecoff Ginsburg

4   aginsburg@creditlaw.com; teamkimmel@creditlaw.com

5   Jeremy M Glapion

6   jmg@glapionlaw.com

7   Bert Thomas Golden

8   btg@bthomasgolden.com

9   Octavio Gomez

10   tgomez@forthepeople.com

11   Tara Leigh Goodwin

12   tgoodwin@edcombs.com

13   Jessica A. Green

14   jgreen@lipsonneilson.com

15   Francis Richard Greene

16   fgreene@edcombs.com; courtecl@edcombs.com; jgalindo@edcombs.com

17   Michael Lewis Greenwald

18   mgreenwald@gdrlawfirm.com; jdavidson@gdrlawfirm.com;

19   aradbil@gdrlawfirm.com

20   Paul K. Guibao

21   pguibao@attorneysforconsumers.com; pguibao@gmail.com;

22   ecf@attorneysforconsumers.com

23   Rami Nicola Haddad

24   rnhaddad@portfoliorecovery.com

25   James J. Haller

26   Belleville@tbcwam.com

27   David Palmer Hartnett

28

1   dhartnett@hinshawlaw.com

2   Ryan Christopher Hasanbasic

3   ryan@dispartilaw.com

4   Brian J. Headley

5   bjheadley@yahoo.com

6   Patrick J. Helwig

7   phelwig@lawpoint.com

8   Kevin Hernandez

9   khernandez@blacklobellolaw.com; Kevin@kevinhernandezlaw.com

10  Adam Theodore Hill

11  ahill@consumerlawcenter.com

12  Samuel M. Hill

13  sam@samhilllaw.com; pamg@samhilllaw.com; chris@samhilllaw.com

14  Kenneth R. Hiller

15  khiller@kennethhiller.com

16  Sara F. Holladay-Tobias

17  sfhollad@mcguirewoods.com

18  Peter A. Holland

19  peter@hollandlawfirm.com

20  Kersten Holzhueter

21  kholzhueter@spencerfane.com

22  Shireen Hormozdi

23  shormozdi@consumerlawcenter.com

24  Nathan L. Horton

25  nhorton@portfoliorecovery.com

26  William Peerce Howard

27  whoward@forthepeople.com

28

Tammy Gruder Hussin

tammy@hussinlaw.com; cjohnson@hussinlaw.com

Wedad Ibrahim

wedadi@michiganconsumerlaw.com

Brian Johnson

bj@kcconsumerlawyer.com

Lira A. Johnson

Lira.johnson@dinslaw.com

Matthew Brady Johnson

mbjohnson@mdwcg.com

Matthew J. Kalmanson

mjk@hartwagner.com

Joshua R. Kersey

JKersey@ForThePeople.com

Stephen W. King

sking@kingandmurray.com

David H. Krieger

dkrieger@hainesandkrieger.com

James O. Latturner

jlatturner@edcombs.com; courtecl@edcombs.com

Jared Michael Lee

jlee@forthepeople.com; jmlpleadings@forthepeople.com;

jsharpe@forthepeople.com; mhoilett@forthepeople.com;

mrathbun@forthepeople.com

Julia Veronica Lee

jvlee@rkmc.com

Ryan Lee

1   ryan@ryanleepllc.com; ryanleepllc@gmail.com

2   Alan Daniel Leeth

3   aleeth@burr.com; sfoshee@burr.com

4   David B. Leibowitz

5   dleibowitz@uprightlaw.com

6   Sergei Lemberg

7   slemberg@lemberglaw.com; cdemaio@leberglaw.com

8   Patric A. Lester

9   pl@lesterlaw.com

10   Ryan S. Lett

11   rlett@fbtlaw.com

12   David B. Levin

13   dlevin@toddflaw.com

14   Kevin L. Lewis

15   kevin@floridaloanlawyers.com

16   Vitaly Libman

17   vlibman@hinshawlaw.com

18   Donald S. Litman

19   PA_Law2@yahoo.com

20   Joseph C. LoTempio

21   jlotempio@dellutrilagroup.com

22   Bret Leon Lusskin, Jr

23   blusskin@lusskinlaw.com

24   Ian B. Lyngklip

25   ian@michiganconsumerlaw.com

26   David J.S. Madgett

27   dmadgett@madgettlaw.com

28

Robbie L. Malone

rmalone@rmalonelaw.com

Joseph R. Manning, Jr.

info@manninglawoffice.com

Michael John Manning

mike@manninglawoffice.com

Jeffrey David Mapes

jeff@mapesdebt.com

Ari Hillel Marcus

Ari@marcuszelman.com

Eugene Xerxes Martin, IV

xmartin@mamlaw.com; jayala@mamlaw.com; junger@mamlaw.com;

kmckinnon@mamlaw.com; nhernandez@mamlaw.com

Joseph Mauro

JoeMauroesq@hotmail.com

Karen L. Mayfield-Jones

kamjones@portfoliorecovery.com

Liana Mayilyan

lmayilyan@snllp.com; ccogbill@snllp.com; paralegal@snllp.com

Alicia McElwaine-Leto

aleto@wademillerlaw.com

Daniel John McGarry

dmcgarry@sulaimanlaw.com

Lara E. McGuire

lara@theconsumerprotectionfirm.com

Keith Steven McGurgan

kmcgurgan@portfoliorecovery.com

1  Marshall S. Meyers

2  ECF@attorneysforconsumers.com; mmeyers@attorneysforconsumers.com

3  Wade A. Miller

4  wmiller@wademillerlaw.com

5  Chris R. Miltenberger

6  chris@crmlawpractice.com

7  David Patrick Mitchell

8  david@mitchellconsumerlaw.com; david@maneygordon.com;

9  v.marrero@maneygordon.com

10  Clayton S. Morrow

11  cmorrow@allconsumerlaw.com

12  Shilee T. Mullin

13  smulllin@spencerfane.com

14  Robert W. Murphy

15  rwmurphy@lawfirmmurphy.com

16  Marilyn C. Naiman-Kohn

17  mnk@simanlaw.net

18  Philip Bao Nghiem

19  philn@manninglawoffice.com

20  Jeff Neuenschwander

21  jeff@sllawfirm.com

22  Anthony C. Norman

23  Anthony@fight13.com

24  Tearsa Storms Olson

25  tolson@attorneysforconsumers.com

26  Victoria Lea Orze

27  vorze@dickinsonwright.com

28

Ethan S. Ostroff

Ethan.ostroff@troutmansanders.com

Scott David Owens

scott@scottdowens.com; Patrick@scottdowens.com;

don@scottdowens.com; shannon@scottdowens.com;

andree@scottdowen.com

Katherine Lind Parker

Katherine.parker@usdoj.gov; ginger.stacy@usdoj.gov;

efile.dkt.civ@usdoj.gov; Leticia.adams@usdoj.gov

Yvette.macias@usdoj.gov

Benjamin A. Parker

benparker@johnpricelawfirm.com; benparker416@gmail.com

David George Peltan

davidpeltan@peltanlaw.com

Craig K. Perry

craig@craigperry.com; info@1stoplawfirm.com

Ryan D. Peterson

rpeterson@madgettlaw.com

Julie A. Petrik

Julie@michiganconsumerlaw.com

William P. Pipal

bill.pipal@troutmansanders.com

Dominic M. Pontello

dominicpontello@gmail.com

Emily Prentice

Emily.prentice@kattenlaw.com

Jim Gerhart Price

1    lawofficesofjgp@sbcglobal.net; deltalawgroup@yahoo.com

2    Brandon J. Rafool

3    bjr@brandonrafool.com

4    Michael Rapp

5    mr@kcconsumerlawyer.com

6    Jason M. Renner

7    Jason.renner@dinsmore.com

8    Walt D. Roper

9    walt@roperfirm.com

10   Emily Yandle Rottman

11   erottmann@mcguirewoods.com

12   Carlo Sabatini

13   ecf@bankruptcypa.com

14   Syed Ali Saeed

15   ali@sllawfirm.com

16   David M. Schultz

17   dschultz@hinshawlaw.com; courtfiling@hinshawlaw.com;

18   jweller@hinshawlaw.com; izielinski@hinshawlaw.com

19   Carl Schwartz

20   carl@michiganconsumerlaw.com

21   Nathan Andrew Searles

22   nasearles@portfoliorecovery.com

23   Felix Henri Sharpe, II

24   felix.sharpe@dinsmore.com

25   Brian L. Shrader

26   bshrader@centroneshrader.com

27   Robert E. Sickles

28

1  rsickles@hinshawlaw.com

2  Sundeep S. Sidhu

3  sssidhu@portfoliorecovery.com

4  Steven A. Siman

5  sas@simanlaw.com

6  Burke Smith

7  Burke@burkesmithlaw.com

8  George R. Smith, Jr.

9  g.smith1961@att.net

10  Robert Franklin Springfield

11  fspringf@burr.com

12  Scott Stamatakis

13  service@myinjury.com

14  Alan J. Stecklein

15  aj@kcconsumerlawyer.com

16  Brandon Stein

17  bstein@hinshawlaw.com

18  Kyle Steinmetz

19  ksteinmetz@mayerbrown.com

20  David A. Stella

21  dstella@kerr-russell.com

22  Max Story

23  max@maxstorylaw.com

24  Howard J. Strickland, Jr.

25  Jay.strickland@jonescork.com

26  Nathan D. Sturycz

27  Nathan@swattslaw.com; shelly@swattslaw.com

28

Ahmad Tayseer Sulaiman, First

Ahmad.sulaiman@sulaimanlaw.com

Omar Tayseer Sulaiiman

osulaiman@sulaimanlaw.com

Russell Snow Thompson, IV

rthompson@attorneysforconsumers.com

Jeffrey Alan Topor

jtopor@snllp.com; ccogbill@snllp.com

Emanwel Josef Turnbull

eturnbull@hollandlawfirm.com

Henry A. Turner

hturner@tloffices.com; awallace@tloffices.com;

Nicholas Wayne Tedford

ntedford@craigzlaw.com

Katherine Hannah Tresley

ktresley@hinshawlaw.com

Andrew T. Velonis

andrewv@wzlaw.org

Alexander S. Vesselinovitch

avesselinovitch@kattenlaw.com

Michael J. Vitoria

mvitoria@forthepeople.com

Suren Weerasuriya

sweerasuriya@attorneysforconsumers.com

Lisa R. Wilcox

lwilcox@wilcoxlawpa.com

Steven R. Zahn

1  szahn@portfoliorecovery.com

2  Steven Zakharyayev

3  steven@floridaloanlawyers.com

4  Michael Andrew Ziegler

5  mike@zieglerlawoffice.com

6  Mary Catherine Zinsner

7  mary.zinsner@troutmansanders.com

8

9      The Word version of the Proposed Order was submitted via email to the

10  Honorable John A. Houston and was also emailed to the above-listed counsel.

11

12      DATED:  <u>July 2, 2019</u>              **MADEL PA**

13

14                                         By:   <u>*s/ Cassandra B. Merrick*</u>
15                                                Cassandra B. Merrick (396372)

16                                                800 Pence Building
17                                                800 Hennepin Avenue
18                                                Minneapolis, MN  55403
19                                                Telephone: 612-605-0630
                                                  Fax: 612-326-9990
20                                                cmerrick@madellaw.com
                                                  **Attorney for Defendant**
21

22

23

24

25

26

27

28