1
2
3
4
5
6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md02295 JAH - BGS<br><br>Member cases:<br>   All member cases<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR SUPPLEMENTAL BRIEFING [Doc. No. 770]** |
|---|---|

Pending before the Court is Plaintiffs' Motion for Leave to File a Reply to Supplemental Authority re: Marks (Dkt. No. 770). Plaintiffs seek to file a reply addressing (1) whether Plaintiffs' arguments regarding Satterfield v. Simon & Schuster, Inc., 569 F.3d 946 (9th Cir. 2009) apply equally to the Ninth Circuit's decision in Flores v. Adir Int'l, LLC, 685 Fed. Appx. 533 (9th Cir. 2017); and whether Marks v. Crunch San Diego, LLC, 904 F.3d 1041 (9th Cir. 2018) applies to calls made before the Marks decision in September of 2018. Defendant opposes the motion. In the event the Court grants the motion, Defendant requests both parties be provided the opportunity to submit a reply.

The Court finds the additional briefing may help to guide the Court in its determination of the pending motions for summary judgment. Accordingly, IT IS HEREBY ORDERED:

1.     Plaintiffs' motion is GRANTED;

1

2. The parties shall file their reply briefs on or before November 4, 2019.

DATED: October 25, 2019

_____
JOHN A. HOUSTON
United States District Judge