**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION<br><br>**This Document Relates to all Member Cases** | Case No. 11md02295-JAH-BGS<br><br>Hon. John A. Houston<br><br>**ORDER APPROVING TIME AND EXPENSE SUBMISSION TO COMMON BENEFIT FUND OF CHRIS MILTENBERGER (DOC. NO. 775)** |

1.     This Court has reviewed the time and expense submissions of Co-lead counsel Chris Miltenberger, of the Law Office of Chris R. Miltenberger, PLLC (Doc. No. 775) for the time period ending October 31, 2019, submitted in compliance with this Court's Order on Common Benefit Fund, (Doc. 629).

2.     It finds that the hours submitted were incurred for the (a) for the common benefit; (b) appropriately authorized.

3.     Based upon declarations filed by the attorneys and the hourly rate requested this approves the hourly rate as follows: $500.00 for Chris Miltenberger and $350.00 for Rebecca Miltenberger. Based on the hours submitted, the Court approves the following fees.

| Timekeeper | Hourly Rate | Hours | Total Billed |
|---|---|---|---|
| Chris Miltenberger | $500.00 | 16.00 | $8,000.00 |
| Rebecca Miltenberger | $350.00 | .8 | $280.00 |
| Total Hours & Billed Amount | | | $8,280.00 |

## CONCLUSION AND ORDER

Accordingly, IT IS HEREBY ORDERED that:

The Time and Expense Submission of Chris Miltenberger to the Common Benefit Fund (Doc. No. 775) is hereby GRANTED.

**IT IS SO ORDERED.**

Date: December 9, 2019

Hon. John A. Houston
United States District Court Judge