UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION | Case No.: 11md02295 JAH-BGS<br><br>Member cases:<br>    All member cases<br><br>**ORDER DENYING PLAINTIFFS' REQUEST TO CONTINUE STAY [Doc. No. 959]** |

In an order dated August 8, 2022, this Court granted Plaintiffs' motion to stay this action pending the resolution of *Brickman v. Facebook, Inc.*, which was then before the Ninth Circuit Court of Appeals, upon finding the *Brickman* action will address an issue currently before this Court and that a stay would not unduly prejudice Defendant and will promote the orderly course of justice by simplifying issues. On December 30, 2022, Defendant filed a notice of the Ninth Circuit's decision in *Brickman*. In response Plaintiff filed a request to continue the stay pending the resolution of the appeals process in *Brickman*. Plaintiffs maintain counsel for Brickman informed Plaintiffs' counsel that Brickman will be requesting a panel rehearing, *en banc* rehearing and a writ of *certiorari* before the United States Supreme Court. On February 6, 2023, Plaintiff filed a notice informing the Court that counsel in *Brickman*, filed a petition for panel rehearing or *en*

1  *banc* hearing.  On March 1, 2023, Defendant filed a notice of the Ninth Circuit's order
2  denying the petition for panel rehearing or *en banc* hearing.
3      In light of the Ninth Circuit's denial of the petition for rehearing, the Court finds
4  continuing the stay is unwarranted.
5      Accordingly, IT IS HEREBY ORDERED:
6      1.    Plaintiffs' request to continue the stay is **DENIED**;
7      2.    The stay is **LIFTED**.
8  DATED:    March 3, 2023

_____
JOHN A. HOUSTON
United States District Judge