# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION**<br><br>This Document Relates to<br>*DANIEL MATHER V. PORTFOLIO RECOVERY ASSOCIATES, LLC, and CAPITAL ONE BANK (USA), N.A.*<br>Case No.: 3:16-cv-02924-JAH-BGS | Case No. 3:11-MD-02295-JAH-BGS<br><br>Hon. John A. Houston<br>Magistrate Judge Bernard G. Skomal<br><br>**ORDER OF DISMISSAL OF MATHER MEMBER CASE WITH PREJUDICE AS AGAINST DEFENDANT CAPITAL ONE BANK [Doc. No. 968]** |

This cause is before the Court on the unopposed motion to dismissal styled as an Unopposed Motion for Voluntary Dismissal With Prejudice filed by Defendant Capital One Bank (USA), N.A. ("Capital One") which seeks dismissal of the member case *Daniel Mather v. Portfolio Recovery Associates, LLC, and Capital One Bank (USA), N.A.*, 3:16-cv-02924-JAH-BGS ("the *Mather* action") with prejudice as against Capital One and with each party to bear its own costs and attorneys' fees. Based on Defendant Capital One's the unopposed motion and supporting declaration of Plaintiff's counsel, the Court finds that the *Mather* action is to be dismissed with prejudice as against Capital One and with each party to bear its own costs and attorneys' fees.

Based on the foregoing, **IT IS ORDERED**:

1. All claims and counterclaims that were or might have been asserted in the *Mather* action against Capital One are dismissed with prejudice and with each party to bear its own costs and attorneys' fees.

2. The Clerk of this Court shall transmit a copy of this Order to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel.") The *Mather* action shall not be remanded to the transferor court, and this Court shall retain the original files and records unless the transferee judge or the Panel directs otherwise. *Id*.

DATED: March 24, 2023

_____
Hon. John A. Houston
United States District Judge